# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Scheduled Time: 1:00 p.m.
Starting Time: 2:45 p.m.
Ending Time: 4:00 p.m.

## MINUTES OF PROCEEDINGS

HONORABLE DANIEL R. DOMINGUEZ

COURTROOM DEPUTY: Kim Flores           DATE: March 30, 2000

COURT REPORTER: Arthur Pineda          CV NO: 98-1306 (DRD)

===================================================================

GRAHAM-FIELD, INC.                     Attorneys: Kenneth McCulloch

v.

TUFFCARE, INC.                         Lizabel Negrón, Esq.

===================================================================

Case is called for Hearing on Pending Motions. After hearing argument on the pending motions, the Court disposes as follows:

1) Defendant's motion to request order (#46) has been resolved by the Court and plaintiff is given **ten (10) days to provide a summary for each witness as to question #2, and answer questions 8, 9, 10, 11, 13 & 14 of defendant's interrogatory**. In answering #9, plaintiff will not include the sales price.

2) **Plaintiff's Motion for Sanctions #50 is denied. However, Court orders Mr. Calvin Chang to appear for his deposition on April 14, 2000.** If he fails to appear, severe sanctions will be imposed by the Court. Written order will be issued.

3) **Plaintiff's Motions for Contempt (#49) is taken under advisement.** Plaintiff's motion for summary judgment is denied without prejudice. Plaintiff may supplement this motion by complying with Rule 311.12 of the Local Rules. Motion will be reinstated as soon as plaintiff files its statement complying with Local Rule 311.12 of the Local Rules.

4) **Plaintiff's Motion for Judgment on the Pleadings (#52) is granted in part and denied in part.**



Civil No. 98-1306 (DRD)            Page 2
March 30, 2000

===============================================================

5)     Defendant's Motion to Request Order **(#58) is granted**.

Court adjourns.

*Kim Flores*

Kim Flores
Courtroom Deputy Clerk