UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

GRAHAM-FIELD, et al.,
      Plaintiffs,
vs.                               CIVIL NO. 98-1306 (DRD)
TUFFCARE, INCORPORATED,
      Defendant.

## ORDER

The Court held a hearing today, on among other things Plaintiffs' motion for sanctions for Defendant's repeated failure to appear for depositions. (Docket No. 50). The portion of the motion requesting sanctions is **DENIED** as no sanctions will be imposed at this time. However as for the nonattendance of Calvin Chang to a scheduled deposition that portion of the motion is **GRANTED**. Therefore, Calvin Chang is hereby **ORDERED** to attend his deposition scheduled for April 14, 2000 (The precise time is to be agreed upon by the parties' counsels). Other prospective deponents (e.g., Hilda Salgado who is not an employee of Tuffcare Inc.) must be issued a subpoena before the Court can mandate attendance. The Defendants are **FOREWARNED** that failure of Calvin Chang to attend the Court ordered deposition shall be met with severe sanctions. Should the Plaintiffs prevail in this suit the Court will entertain a motion for attorneys fees/costs for this issue.

IT IS SO ORDERED.

Date: March 29, 2000

P \PEACHORD ERS\98-1306B MTN

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE