UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, Inc. et al**

v.                                                                              Civ. No. 98-1306(DRD)

**Tuffcare, Inc.**

### ORDER

By order of the Court a **SETTLEMENT CONFERENCE** is to be held at the end of the PRETRIAL CONFERENCE set for **February 22, 2001 at 4:30 p.m.** Corporate representatives **authorized to settle must be present** at the settlement conference. If a settlement is not reached, the parties must be ready for trial. Trial will be set to commence on or about **March 15, 2001.**

IT IS SO ORDERED.

January 25, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge