

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

GRAHAM-FIELD, et al.,
Plaintiffs,

vs.                                       CIVIL NO. 98-1306 (DRD)

TUFFCARE, INCORPORATED,
Defendant.

## ORDER

    On March 14, 2001, the Court issued an Order to Show Cause (Docket No. 91) to Plaintiffs' attorney requiring documentary evidence that prosecution of the instant action was duly authorized by the debtor-in-possession or the United States Bankruptcy Court for the District of Delaware. Plaintiffs did not comply with the Court's order by the stipulated deadline, Friday, March 23, 2001.

    Plaintiffs' attorney has not asserted any reason whatsoever for his failure to comply with the Court's order. This is not acceptable. The Court must balance a very busy case load, and its ability to rely on timely compliance with case management orders is critical. "[P]rejudice to the court is inherent in needless delays and postponements." Robson v. Hallenbeck, 81 F.3d 1, 2 (1st Cir. 1993). "Violations of the Court's orders impedes its efficiency and merits sanctions." See generally Chuang Invs. v. Eagle Inns, Inc., 81 F.3d 13, 14 (1st Cir. 1996). Plaintiffs' attorney has repeatedly demonstrated disregard for the Court's deadlines. If Plaintiffs' attorney allowed this Court's orders to fall through the cracks, he must bear the responsibility and the consequences.

    Accordingly, mindful of the need to prevent needless waste of judicial time and resources, the Court **STAYS** the above captioned civil case until such a time as Plaintiffs provide the requested information (see Docket No. 91). Moreover, all pending unresolved Motions filed after December 27, 1999, the date of Plaintiffs' bankruptcy filing, are **DISMISSED WITHOUT PREJUDICE**, including Plaintiffs' Motion for Summary Judgment (Docket No. 67) and Plaintiffs' Motion to Compel Discovery (Docket No. 92). Plaintiffs are advised that they may continue to prosecute the instant action and re-file the dismissed motions upon compliance with the Court's Order to Show Cause (Docket No. 91).

BE IT SO ORDERED

Date: March 26, 2001

P:\PeachOrders\98-1306_stay_0326.wpd

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

