UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**   DATE: October 1, 2001
**CIVIL NO. 98-1306 (DRD)**
LAW CLERK: Ronald D. Swanson-Cerna, Esq.

---

| | |
|---|---|
| **GRAHAM-FIELD, INC.**, Plaintiff, | Attorney: Kenneth McCulloch |
| v. | |
| **TUFFCARE, INC.**, Defendants. | Arturo Negron-Garcia<br>Mariana Negron |

---

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court <u>ordered</u> the following:

1) Because the Court has reinstated this case, Docket #92 has been reinstated. With respect to Docket #92, Defendant is ordered to timely supplement the requested documents.

2) All parties are reminded that should there be an appeal of any ultimate decision in this case, all documents originally submitted in Spanish must be translated into English and submitted to the Court within ten (10) days of final judgment.

3) Plaintiffs are granted until **October 12, 2001**, to decide upon whether to stipulate that the counter-claim can be seen by this Court. If Plaintiffs so stipulate, then the Court will grant the stipulation; if Plaintiffs do not stipulate, then Defendants are provided thirty (30) days to secure counsel in Delaware to proceed accordingly.

4) The Plaintiffs did not ask for a jury trial. The Defendants' counter-claim requested a jury trial. The Defendants have now asked the Plaintiffs for their agreement to change the counter-claim to a bench trial. Plaintiffs are encouraged to carefully consider Defendants request and advise the Court of their decision.

5) A Status Conference is scheduled for **November 13, 2001 at 4:30 p.m.** This conference will be by conference call.

6) The Parties are strongly encouraged to explore settlement as discovery matures.

s/c: Counsel of record

P:\RDSC Cases\98-1306\Minutes- SC.wpd

DANIEL R. DOMINGUEZ
DISTRICT JUDGE