UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: November 13, 2001
**CIVIL NO. 98-1306 (DRD)**
LAW CLERK: Ronald D. Swanson-Cerna, Esq.

===============================================================================

| | |
|---|---|
| **GRAHAM-FIELD, INC.,** | Attorney: |
| Plaintiff, | Kenneth McCulloch |
| v. | |
| **TUFFCARE, INC.,** | Arturo Negron-Garcia |
| Defendants. | Mariana Negron |

===============================================================================

A STATUS CONFERENCE was held today via conference call. The parties advised the Court as to the status of the case. The Court ordered the following:

1) The Defendants have sixty (60) days to resolve any / all pending matters with the bankruptcy court.

2) Defendants must supplement the original production of documents order (Docket # 41) by **November 30, 2001.**

3) Informative Motions #'s 111, 112, 113 and 114 are all **NOTED.**

4) A Status Conference is scheduled for **January 14, 2002 at 4:30 p.m.** This conference will be by conference call.

5) The Parties are strongly encouraged to explore settlement as discovery matures.

s/c: Counsel of record

P:\RDSC\Cases\98-1306\Minutes- SC 2.wpd

DANIEL R. DOMINGUEZ
DISTRICT JUDGE