MINUTES OF PROCEEDINGS DATE: January 17, 2002
START: 4:50 PM        END: 5:05 PM
CIVIL NO. 98-1306 (DRD)

LAW CLERK: Ronald D. Swanson-Cerna, Esq.

================================================================

| | |
|---|---|
| **GRAHAM-FIELD, INC.,**<br>**Plaintiff,** | Attorney:<br>Kenneth McCulloch |
| v. | |
| **TUFFCARE, INC.,**<br>**Defendant.** | Arturo Negron-Garcia<br>Mariana Negron |

================================================================

An STATUS CONFERENCE was held today via teleconference. The parties advised the Court as to the status of the case. The Court ordered the following:

1. Mr. Negron Garcia has moved to withdraw legal representation. Mr. McCulloch noted he did not oppose the change, but his concern was in receiving the documents which the Court had previously ordered to be produced, which are now past due. The Court ordered Plaintiffs to produce the documents within the next twenty (20) days. **There will be no further extensions.**

2. Regarding the motion to withdraw, it is *conditionally* **GRANTED**, upon new counsel assuming the case, and effective as soon as new counsel appears for the record.

3. Once the new attorney has assumed representation, Plaintiffs will have a maximum of sixty (60) days to familiarize and prepare for this case, and respond to all pending motions.

DANIEL R. DOMINGUEZ
DISTRICT JUDGE

s/c: Counsel of record
P:\RDSC\Cases\98-1306\Minutes.doc

s/cs:to ( 3 )
attys/pts
in ICMS
1/23/02