UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

GRAHAM-FIELD, et al.,
Plaintiffs,

vs.                                                                  CIVIL NO. 98-1306 (DRD)

TUFFCARE, INCORPORATED,
Defendant.

_____

ORDER

This case is ready for trial. A Pre-Trial Conference is hereby set for **September 3, 2002, at 5:30 PM**. Barring any last minute settlement, trial is hereby set to commence on **October 3, 2002, at 9:00 AM**. NO CONTINUANCES SHALL BE GRANTED.

IT IS SO ORDERED.

Date: July 23, 2002                                           DANIEL R. DOMINGUEZ
P:\RDSC\Cases\1998-1306\Pre Trial Set.wpd                     U.S. DISTRICT JUDGE

s/c. Jury Clerk