UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Graham Field, Inc., et al.    CIVIL NO. 98-1306 (DRD)

v.

Defendant(s) Tubecare, Inc.

| MOTION | ORDER |
|---|---|
| Docket entry no. 123 | ☐ GRANTED. |
| Date: March / 25 / 2002. | ☐ DENIED. |
| Title: Motion for Contempt Order and Sanctions | ☐ MOOT. |
| | ☒ NOTED. |
| Plaintiffs request anew that Defendants be sanctioned for repeated disregard of the Court's orders and failure to produce documents (as ordered by the Court). Defendants are ordered to show cause why Plaintiffs' Motion should not be granted. | This will be done via tele-conference scheduled for August 6, 2002, at 4:30 PM. All parties' counsel are to be present for this tele-conference. Counsel is to advise Law Clerk Ron Swanson (787-772-3163) of the phone number where they can be reached for the tele-conf. by Monday, August 5th. |

RECEIVED AND FILED
2002 JUL 30 AM 9:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: July / 26 / 2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE