UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

GRAHAM-FIELD, et al.,
Plaintiffs,

vs.   CIVIL NO. 98-1306 (DRD), P.R.

TUFFCARE, INCORPORATED,
Defendant.

## ORDER

The Court herein addresses Plaintiffs' Motion For Contempt And Other Sanctions (Docket # 123). The Defendant's continual disregard for the Court's orders and continual delay in responding to interrogatories and document production requests has become troublesome. This case is ripe for trial, and the Court's patience has worn rice paper-thin.

Defendant is to supplement its document production with respect to all the documents that had been requested by Plaintiffs in Plaintiffs' First Requests For Production Of Documents, and which the Court had previously ordered to be produced (Docket # 41) on or before **August 21, 2002** (Specifically for the time period from 1/1/99 to 6/30/2002). Defendant is further produce all the documents that had been requested in Plaintiffs' Second Requests for Production Of Documents which is Exhibit 5 to Plaintiffs' Motion For Contempt (Docket # 123) and all of the documents requested in Plaintiffs' Third Requests For Production Of Documents that is Exhibit 5 to Plaintiffs' Motion For Contempt, for the time periods up to 6/30/02, also by **August 21, 2002**. Furthermore, all of these documents being produced are to be clearly identified and clearly marked as to which specific request they are related to. Any document request for which there are no documents being produced must be certified appropriately by Defendant as provided for in Rule 26(g) of the Federal Rules Of Civil Procedure. All documents that are to be produced pursuant to this Order are to be produced at the Offices of Kenneth Mc Culloch, c/o Law Offices of Jane Becker Whitaker, 416 Ponce De Leon Avenue, 18th Floor, Hato Rey, Puerto Rico, during regular business hours, with at least one hour telephone notice prior to the production, unless the parties agree, in a writing signed by all parties, that the production shall be at some other mutually agreeable location.

Should Defendant choose to disregard this Order as well, Defendant will be fined $5,000 per day, starting on August 22, 2002, until the document production provided for in this Order is completed. NO EXTENSIONS SHALL BE GRANTED. Docket # 123 is thus **NOTED**.

IT IS SO ORDERED.

Date: August 07, 2002

P:\RDSC\Cases\1998-1306\Sanctions.wpd

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE