UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.,
Plaintiffs,

v.

CIVIL CASE NO: 98-1306 (DRD)

TUFFCARE, INC.
Defendant.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8/30/02 <br> **Docket #133** <br> [ ] Plaintiff  [X] Defendant <br> **Title:** Motion for Brief Extension of Time to Respond to Plaintiff's Motion to Amend the Complaint to Preclude Defenses, and for Other Relief | **GRANTED/MOOT** as the requested date, September 13, 2002 has passed. |
| **Date Filed:** 9/04/02 <br> **Docket #139** <br> [ ] Plaintiff  [X] Defendant <br> **Title:** Motion for a Brief Extension of Time to Respond to Plaintiff's Motion for Contempt | **MOOT** as the requested date, September 16, 2002 has passed. |
| **Date Filed:** 9/27/02 <br> **Docket #145** <br> [ ] Plaintiff  [X] Defendant <br> **Title:** Motion for a Brief Extension of Time to Respond to Plaintiff's Interrogatories and Request for Production of Documents of August 26, 2002 & to Show Cause | **GRANTED/ MOOT** as requested twenty day extension has expired. |

| | |
|---|---|
| **Date Filed:** 10/08/02<br>**Docket #148**<br>[X] **Plaintiff**   [ ] **Defendant**<br>**Title:** Plaintiff's Motion for an Extension of Time, To October 23, 2002, to Submit Response/Reply Memos | **GRANTED/MOOT** as requested date of October 23, 2002 has passed. |

**IT IS SO ORDERED.**

Date: ~~January~~ February 5, 2003

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |