UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.,
Plaintiffs,

v.                                                                          CIVIL CASE NO: 98-1306 (DRD)

TUFFCARE, INC.
Defendant.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 4/2/03 <br> **Docket #162** <br> [ ] **Plaintiff**  [X] **Defendant** <br> **Title:** Motion Requesting A Status Conference | GRANTED. <br><br> A Status Conference is set for **April 29, 2003 at 9:00 A.M.** The parties should be prepared to discuss all pending matters and help determine a path for this case's expeditious culmination. This is an overaged case and must reach a conclusion in the upcoming months. |

IT IS SO ORDERED.

Date: April *14*, 2003

DANIEL R. DOMINGUEZ
U.S. District Judge

s/c: Parties to be notified.

| Rec'd: | EOD: |
|---|---|
| By: | #165 |