# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*2003 MAY 23 PM 4:26*
*CLERK'S OFFICE*
*SAN JUAN, PR*

GRAHAM-FIELD, INC., et al.,
Plaintiffs,

v.                                                              CIVIL CASE NO: 98-1306 (DRD)

TUFFCARE, INC.
Defendant.

| MOTION | ORDER |
|---|---|
| Date Filed: 3/4/03<br>**Docket #159**<br>[X] **Plaintiff**  [ ] **Defendant**<br>Title: Plaintiff's Motion to Consolidate Case No. 98-1306(DRD) and Case No. 02-2555(JAF) | **DENIED.** |
| Date Filed: 3/27/03<br>**Docket #160**<br>[ ] **Plaintiff**  [X] **Defendant**<br>Title: Motion for a Brief Extension of Time to Respond and Reply to Plaintiff's Memorandum of Law | **MOOT.** |
| Date Filed: 4/28/03<br>**Docket #167**<br>[ ] **Plaintiff**  [X] **Defendant**<br>Title: Motion Requesting Leave to File Defendant's Reply to Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Reconsideration | **MOOT.** |
| Date Filed: 5/5/03<br>**Docket #170**<br>[ ] **Plaintiff**  [X] **Defendant**<br>Title: Motion for Admission of Counsel Pro Hac Vice | **GRANTED.** Bertrand E. Cottle shall be admitted for the purposes of this case only. |

| | |
|---|---|
| **Date Filed:** 5/5/03<br>**Docket #172**<br>[ ] **Plaintiff**   [X] **Defendant**<br>**Title:** Motion to Quash the Return of Service of Summons | **GRANTED**. The summons for Calvin Chang a/k/a Hsaio-Yuan Chang, Joseph Chang, Lucille Chang and Tuffy Home Healthcare Products, Inc. are hereby **QUASHED**. Plaintiff may re-issue said summons and properly serve Defendants by no later than **June 30, 2003**.<br><br>The parties presently before the Court shall comply with the Court's previous scheduling orders. Once the additional Defendants have answered the complaint, the Court shall take appropriate steps to outline the future proceedings in this case. |
| **Date Filed:** 5/18/03<br>**Docket #173**<br>[X] **Plaintiff**   [ ] **Defendant**<br>**Title:** Plaintiff's Motion and Memorandum of Law | **MOOT**. |

**IT IS SO ORDERED.**

Date: May 23, 2003

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**