UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 AUG 20 AM 10:40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

GRAHAM-FIELD, INC., et al.,
Plaintiffs,

v.                                        CIVIL CASE NO: 98-1306 (DRD)

TUFFCARE, INC.
Defendant.

### MEDIATION ORDER

Pursuant to District of Puerto Rico Local Rule 334.6 the Court hereby issues the following Mediation Order.

    A.    The Court formally appoints certified mediator **Guillermo A. Nigaglioni**.

    B.    Certified Mediator Guillermo A. Nigaglioni shall be compensated at the rate of **$225.00 per hour**.

    C.    The deadline for which mediation must be completed is **December 15, 2003**.

All subsequent orders of the Court shall be notified to Certified Mediator Guillermo A. Nigaglioni, until mediation is completed.

**IT IS SO ORDERED.**

Date: August 14, 2003                    DANIEL R. DOMINGUEZ
                                         U.S. District Judge

s/c: Parties and Certified Mediator Guillermo A. Nigaglioni to be notified.

Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 AUG 20 AM 10: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**GRAHAM-FIELD, INC., et al.,**
**Plaintiffs,**

v.   CIVIL CASE NO: 98-1306 (DRD)

**TUFFCARE, INC.**
**Defendant.**

### Oath of Certified Mediator

    I, Guillermo A. Nigaglioni, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as a certified mediator, as established by District of Puerto Rico Local Rule 334, under the Constitution and laws of the United States. So help me God.

Date: August 14, 2003

Guillermo A. Nigaglioni
Certified Mediator

Page 1 of 1

188