IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GRAHAM-FIELD, INC. AND<br>GRAHAM-FIELD EXPRESS<br>(PUERTO RICO), INC.<br><br>Plaintiffs<br><br>v.<br><br>TUFFCARE, INCORPORATED<br><br>Defendant. | CIVIL NO. 98-1306 (DRD) |

## ORDER

The court issued an Order on October 1, 2003, (Docket No. 192), granting the parties ten (10) days to object to the Mediator's invoice pursuant to the terms of the Mediation Order dated August 14, 2003, (Docket No. 186). The Mediator's Invoice for the month of October was filed on October 31, 2003, (Docket No. 195). There being no objections filed the Clerk of Court shall proceed with the payment.

This order is to be notified via fax and phone to the attorneys of record.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 25 day of November 2003.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

1