UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.
    **Plaintiffs**,

v.

CIVIL NO. 98-1306 (DRD)

TUFFCARE, INC.
    **Defendants**.

## ORDER

On July 17, 2003 Court ordered parties to submit to mediation an appointed Mr. Guillermo A. Nigaglioni, Esq. to such effects (Docket No. 180). The parties were advised that deadline for mediation procedures was December 15, 2003 (Docket No. 186). The deadline could be only modified "if notified by mediator that a settlement is close or further mediation would be fruitful".

Deadline is past due and neither of conditions imposed by Court to modify said date has been notified by mediator. In a last effort to settle the aforementioned case, Court compels both parties and the mediator to attend a Status/Settlement conference on **Monday, December 29, 2003 at 4:00 p.m.**

IT IS SO ORDERED.

Date: December 17, 2003.

DANIEL R. DOMINGUEZ
U.S. District Judge

s/c: parties and Certified Mediator Guillermo A. Nigaglioni to be notified via fax.