UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.
     **Plaintiffs,**

                                                         **CIVIL NO. 98-1306 (DRD)**

     v.

**TUFFCARE, INC.**
     **Defendants.**

## ORDER

On December 15, 2003 E 1 Enterprises filed Motion To Dismiss For Lack of Standing (Docket No. 199). Defendant asserts that Plaintiffs no longer have standing to prosecute the action since their Chapter 11 Bankruptcy case was converted on June 20, 2003 to a Chapter 7 case in accordance with Section 1112(a) of the Bankruptcy Code. 11 U.S.C. §1112(a).

**Hereby, Court GRANTS Plaintiff until Monday, December 29, 2003, to show cause why the case should not be dismissed. NO EXTENSIONS SHALL BE GRANTED.**

**IT IS SO ORDERED.**

                                        **DANIEL R. DOMINGUEZ**

**Date: December _19_, 2003.**                           **U.S. District Judge**

s/c: parties to be notified via fax.

