UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.,
Plaintiffs,

v.                                          CIVIL CASE NO: 98-1306 (DRD)

TUFFCARE, INC.
Defendant.

## ORDER

On December 3, 2003 Court Appointed Mediator Guillermo A. Nigaglioni filed a Motion Accompanying Mediator's Invoice (Docket No. 197) notifying the Court and the parties of the November 2003 Invoice. Pursuant to the Court's Mediation Order (Docket No. 186), the parties may object to the mediator's invoice within ten (10) days. This time period has passed and no objections have been filed. As a result, the Clerk of Court shall proceed to disburse $1,462.50 to Mediator Guillermo A. Nigaglioni from those funds already deposited by the parties for this purpose.

**IT IS SO ORDERED.**

Date: December 18, 2003                     DANIEL R. DOMINGUEZ
                                            U.S. District Judge

s/c: Parties and Certified Mediator Guillermo A. Nigaglioni to be notified via fax.