UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                             DATE: December 29, 2003
**CIVIL NO. 98-1306 (DRD)**
LAW CLERK: José A. Figueroa Santaella

---

| | | |
|---|---|---|
| **GRAHAM-FIELD, INC., et al.** | Attorneys: | Kenneth McCulloch (No Show) |
| Plaintiffs, | | |
| v. | | |
| **TUFFCARE, INC.** | | Ignacio Fernández de Lahongrais |
| Defendants. | | |
| | Appointed Mediator: | Guillermo A. Nigaglioni |

---

A Status/ Settlement Conference was held today. It began at 5:20 p.m. and ended at 6:00 p.m. Plaintiffs' legal representative and the Appointed Mediator advised the Court as to the status of the case. Legal representatives for Plaintiffs did not show to the scheduled conference. The Court made several phone calls in an attempt to reach said counsel. The Court recorded a voice message at legal counsel's on record phone number in New York and left a message with a secretary at a second phone number provided for Puerto Rico. Defendants' Motion to Dismiss for Lack of Jurisdiction (Docket No. 199) and Motion for Summary Judgment (Docket No. 202) are pending before the Court. Defendants will not attempt to settle the case until the issues addressed in said motions are resolved. The Court's Appointed Mediator notified the Court that as a result of the Conversion of Defendants' Bankruptcy Chapter 11 cases to Chapter 7 cases, legal counsel for Defendants withdrew all previous offers made in an attempt to settle the case.

IT IS SO ORDERED.

Date: ~~December~~ Jan. 7, 200~~3~~4

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

s/c: parties to be notified