UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.
    Plaintiffs,

v.

CIVIL NO. 98-1306 (DRD)

TUFFCARE, INC.
    Defendants.

## ORDER

    Plaintiffs submitted a Motion for an Extension of Time to respond to Defendants' Motion to Dismiss for Lack of Standing (Docket No. 199). Copy of said motion was advanced to the Court via Defendants' legal representative on the Status/Settlement Conference that was held on December 29, 2003. It has come to the Court's attention that up to this date, copy of said motion has not been filed before this Court. The Court is unaware if Plaintiff's counsel expected that the Court file said motion for him.

    In such circumstances, the Court attaches to this order said motion and orders the Court's Clerk to file and assign the correspondent Docket Number. The Court **GRANTS** Plaintiffs until **January 23, 2004 at 5:00 p.m.** to submit their reply. **NO EXTENSIONS SHALL BE GRANTED.**

    Also, the Court has deep concerns whether the issue raised in Defendant's Motion to Dismiss for Lack of Standing. (Docket No. 199) constitutes, in itself, a "core proceeding" pursuant to 28 U.S.C.A. § 157, and as such, the Bankruptcy Court has subject matter jurisdiction. The Court orders Plaintiff and Defendant to submit a memorandum addressing their specific positions regarding this issue. The Court **GRANTS** Plaintiff and Defendant until **January 23, 2004 at 5:00 p.m.** to submit their arguments in respect to this matter.

IT IS SO ORDERED.

Date: January 9, 2004.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

s/c: parties to be notified via fax.