IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC. AND
GRAHAM-FIELD EXPRESS
(PUERTO RICO), INC.

    Plaintiffs

v.

TUFFCARE, INCORPORATED

    Defendant.

CIVIL NO. 98-1306 (DRD)

## ORDER

As reflected in the Minutes of the Proceedings detailing the matters discussed and agreed and the orders issued at the Mediation Conference held on August 14, 2003, a rough **estimate** of mediation expenses was made, calculating the potential monetary figure at $12,000.00. Each of the parties was directed to pay $6,000.00 to the court to fund those expenses.

The total amount of Mediation expenses, as shown in the Mediator's invoices for the months of July through December 14, 2003 is $12,825.00.

The parties are ORDERED to each pay to the court within fifteen (15) days of receipt of this order, the sum of FOUR HUNDRED TWELVE DOLLARS AND FIFTY CENTS ($412.50) to cover the balance due for Mediation expenses.

**All parties and Certified Mediator Guillermo A. Nigaglioni are to be notified via fax.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of January 2004.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Fax: K. McCulloch  212-644-8400
I. Fernández  787-754-7504
B. Cotto  719-977-8967
G. Nigaglioni  787-721-7713