IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GRAHAM-FIELD, INC. AND<br>GRAHAM-FIELD EXPRESS<br>(PUERTO RICO), INC.<br><br>Plaintiffs<br><br>v.<br><br>TUFFCARE, INCORPORATED<br><br>Defendant. | CIVIL NO. 98-1306 (DRD) |

## ORDER

The court has approved for payment the Mediator's Invoice dated December 15, 2003, in the amount of $2,250.00, subject to the filing of any objections by the parties. No such objections has been filed.

The court has also been appraised of the fact that only the sum of $1,425.00 remains out of the original fund provided by the parties for mediation expenses.

The court hereby directs the Clerk to issue a check for the balance now existing of the original fund, to wit, the sum of $1,425.00 to Guillermo A. Nigaglioni, Esq. in partial payment of the December 15, 2003 invoice which was approved.

The court shall issue a separate order to the parties to require the payment on equal basis of the sum of $825.00 which constitutes the balance due on the aforesaid December 15, 2003 invoice of the Mediator.

Upon receipt of such funds from the parties the Clerk is authorized to issue a check or checks to the Mediator in payment of the balance of the aforesaid invoice.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of January 2004.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE