UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.
    Plaintiffs,

    v.

                                  CIVIL NO. 98-1306 (DRD)

TUFFCARE, INC.
    Defendants.

## ORDER

On January 16, 2004, Plaintiffs submitted via fax an "Urgent Motion to Re-Schedule the Conference that was to be Held on December 29, 2003". Plaintiffs are concerned with the time it will take this Court to decide Defendants' summary judgment pending motion. Plaintiffs presume that a settlement can be reached before deciding said motion for summary judgment resulting in savings for all parties and for the Court.

Plaintiffs were granted until **January 23, 2004 at 5:00 p.m.** to addressed the specific issues pointed in the Court's Order issued on January, 12 2004. (Docket No. 211). Although the Court senses that Plaintiff is not eager to participate in settlement discussions not because of the pending summary judgment motion but related to the Motion to Dismiss for Lack of Jurisdiction (Docket No. 199), the Court nevertheless schedules a conference for the **19th day of February at 2:00 p.m.** The Court, by said date will have received the positions of all parties. **The Counsel for the Trustee may participate in this conference and may submit a position as to the Motion to Dismiss. The Mediator shall be present.**

This Order is to be notified via fax and telephone to all parties including the Mediator.

IT IS SO ORDERED.

Date: January 22, 2004.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

s/c: parties and Certified Mediator Guillermo A. Nigaglioni to be notified via fax.