UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.
    Plaintiffs,

CIVIL NO. 98-1306 (DRD)

v.

TUFFCARE, INC.
    Defendants.

## ORDER

On January 21, 2004, the Court issued an Order approving payment amounting to $2,250.00 for Mediator's Invoice dated December15, 2003. (Docket No. 220). At that time, the Court was appraised that there were not enough funds available for payment in full of a said invoice, so the Court issued a check for the balance existing in the original fund, to wit, $1425.00 as partial payment. The remaining balance of $825.00 was to be deposited by the parties for payment on the outstanding balance.

The Court hereby **DIRECTS** the Clerk of the Court to issue a check for the outstanding balance of $825.00 to Guillermo A. Nigaglioni, Esq., in payment in full of the December 15, 2003 invoice of the Mediator as previously approved.

**IT IS SO ORDERED**

Date: February, 20th, 2004

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

parties to be notified via fax