# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, INC., et al.**
    **Plaintiffs,**

                                      **CIVIL NO. 98-1306 (DRD)**

    v.

**TUFFCARE, INC.**
    **Defendants.**

## ORDER

The Court hereby **DIRECTS** the Clerk of the Court to **SEAL** all documents included as attachments to the Motion Docketed No. 227

**IT IS SO ORDERED**

Date: February 20th, 2004

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

parties to be notified via fax