**Banco Santander**
Puerto Rico

CHEQUE OFICIAL
Núm. **2949885**

101-234
215

Administración de Pasivos - 990
SUCURSAL

February 26, 2004
FECHA

$ 412.64

PAGUESE

B.S.PR.
990-PASIVOS **4 I 2 DOLS 6 4 CTS**

DOLARES

Guillermo A. Nigaglioni, Esq.

A LA ORDEN DE

⑾"294988 5⑾" ⑾:02150234 1⑾: 900⑾990038⑾"

Sobre $25,000 se requieren dos firmas

NUM. **2949885**
BENEFICIARIO    Guillermo A. Nigaglioni, Esq.

FECHA    February 26, 2004

CONCEPTO    Graham Field, Inc. ET AL VS E 1 Enterprises, Inc.
Caso 98CV1306DRD cuenta 4007096580.

IMPORTE $    412.64

Si este cheque oficial se pierde, es destruido o robado, usted o el tomador deberá completar una Declaración de Cheque Oficial Perdido, Destruido o Robado. La Ley de Instrumentos Negociables y Transacciones Bancarias dispone que su reclamación será exigible dentro de los 90 días de la fecha del cheque. Antes de dicho período de tiempo su reclamación no tendrá ningún efecto legal y el Banco podrá pagar el cheque.

...ed check, original
on (date)_____
_____at
...ce, USDC/PR

Above photocopied check, original
was picked up on (date) 3-1-04
by [signature] Mar Garcia at
Clerk's Office, USDC/PR