```
SF 1166 OCR
4 TFRM 2000
(Rev. 5-84)
1166-126
```

VOUCHER AND SCHEDULE OF PAYMENTS

| | | |
|---|---|---|
| DEPARTMENT OR ESTABLISHMENT | UNITED STATES COURT | D.O. VOU. NO. (TRANSP) 39930 |
| BUREAU OR OFFICE | CLERK, U.S. DISTRICT COURT FOR P.R. | |
| LOCATION OF TRANSMITTING OFFICE | SAN JUAN, PUERTO RICO | |

PURSUANT TO AUTHORITY VESTED IN ME, I CERTIFY THAT THE ITEMS LISTED HEREIN ARE CORRECT AND PROPER FOR PAYMENT FROM THE APPROPRIATION (S) DESIGNATED OR ON SUPPORTING VOUCHERS

FRANCES RIOS DE MORAN, CLERK

February 26, 2004

DATE — AUTHORIZED CERTIFYING OFFICER

PAID BY
CLERK
U.S. DISTRICT COURT
PUERTO RICO
SYMBOL #4669

APPROPRIATION SUMMARY

By: EDITH RIOS
FINANCIAL ADMINISTRATOR

604700         $412.50

ALIGN AREA                                              ALIGN AREA

| FONT | SHEET | OF | AGENCY STATION NO. | SCHEDULE NUMBER | FOR D.O. USE ONLY |
|---|---|---|---|---|---|
| | 1 | 1 | 4669 | | |

| GRAND TOTAL | NO-CHECK TOTAL | |
|---|---|---|
| $412.50 | 1 | |

| PAYEE AND IF NECESSARY, ADDRESS, INVOICE NUMBER, OTHER IDENTIFICATION | | AMOUNT | NO. CHK | VOUCHER NO. |
|---|---|---|---|---|
| LINES 1,3,5 AND 7 | LINES 2,4,6 AND 8 | | | |

GUILLERMO A. NIGAGLIONI, ESQ.
PO. BOX 16653
SAN JUAN, PUERTO RICO 00908-6653

$412.50

CHECK # 0019493   DATED: 3/1/04
IN THE AMOUNT OF $ 412.50
PAYABLE TO: Guillermo Nigaglioni
REC'D: 3/2/04                SAN JUAN, P.R.
BY: [signature]

MEDIATOR INVOICE DATED DECEMBER 15, 2003
CASE 98-1306 (DRD)
GRAHAM-FIELD, INC. V. TUFFCARE. INC.
ORDER OF FEBRUARY 20, 2004
FILED FEBRUARY 23, 2004

| D.O. CHECK NUMBERS | BEGINNING | ENDING | BEGINNING | ENDING |
|---|---|---|---|---|
| | FOR FIRST CHECK SERIAL NUMBER RANGE | | FOR SECOND CHECK SERIAL NUMBER RANGE IF APPLICABLE | |