THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GRAHAM - FIELD, INC., et al<br><br>Plaintiffs<br><br>Vs<br><br>E1 Enterprises, Inc., et. al.<br><br>Defendant | CIVIL NO. 98-1306 (DRD)<br>CIVIL ACTION |

### E1'S SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - ROBINSON PATMAN

TO THE HONORABLE COURT:

COMES NOW defendant E1 ENTERPRISES, INC., D/B/A TUFFCARE, represented by the undersigned attorney, and most respectfully STATES, ALLEGES and PRAYS:

On January 30, 2004 Plaintiffs filed a "cross motion" for summary judgment for their Robinson Patman claims. (See Docket 231.)

In their "cross motion" plaintiffs seek "automatic damages" alleging price discrimination in wheelchairs. (See Exhibit 35 attached to Docket 230.)

Plaintiffs alleged that wheelchairs were sold at lower prices to MedEx. Plaintiffs compares prices from the 1996 - 1997 time period with several sales to MedEx in 1998. At the outset we point out that plaintiffs fail to make a valid Robinson Patman case because they are comparing sales from different time periods. This is of particular importance in light of the fact that when the purported disfavored sales to GFE were made, MedEx did not even exist. MedEx started up operations in November 1997. (See Docket 230, ¶ 16; *GFE's Rule 311.12 Statement of Disputed Facts.*)

| Graham Field, Inc. v. E1 Enterprises, Inc., 98-1306 (DRD) | E1's Supplemental Opposition to Plaintiffs' Cross Motion for Summary Judgment |
|---|---|

Regardless, we are attaching several invoices that show that the prices charged to MedEx in 1998 were actually *higher* that the prices charged to GFE during 1996 - 1997. These invoices create a genuine factual dispute (i.e. whether E1 gave better prices to MedEx than those given to GFE).

In its cross motion for summary judgment GFE presented several table that, in its view, showed that MedEx was given favored pricing. The following tables show, for each item included in plaintiffs cross motion for summary judgment, a comparison between prices given to GFE from the 1996 - 1997 time period to prices given to MedEx from December 1997 to 1998. (See Exhibit 35 attached to Docket 130.) To alleviate the reader's burden, we follow the same order used by GFE in its cross motion.

## I. 260 BL 18" Wheelchair

| Date | Sales price to GFE | Representative Sales to MedEx | Diff. | Date | Invoice # (See Attached) |
|---|---|---|---|---|---|
| 1996 - 1997 | $ 120.00 | $ 147.00 | ($27.00) | 12/20/1997 | 70303 |
| 1996 - 1997 | 120.00 | 147.00 | ($27.00) | 3/19/1998 | 73379 |
| 1996 - 1997 | 120.00 | 147.00 | ($27.00) | 4/10/1998 | 73938 |
| 1996 - 1997 | 120.00 | 147.00 | ($27.00) | 4/16/1998 | 74233 |
| 1996 - 1997 | 120.00 | 147.00 | ($27.00) | 5/06/1998 | 74828 |

Graham Field, Inc. v. E1 Enterprises, Inc., 98-1306 (DRD)     E1's Supplemental Opposition to Plaintiffs' Cross Motion for Summary Judgment

## II. 260 EBL 18" Wheelchair

| Date | Sales price to GFE | Representative Sales to MedEx | Diff. | Date | Invoice # (See Copies Attached as Exhibit to this Motion) |
|---|---|---|---|---|---|
| 1996 - 1997 | $ 154.00 | $ 183.00 | ($29.00) | 12/20/1997 | 70303 |
| 1996 - 1997 | 154.00 | 183.00 | ($29.00) | 3/19/1998 | 73379 |
| 1996 - 1997 | 154.00 | 183.00 | ($29.00) | 4/10/1998 | 73938 |
| 1996 - 1997 | 154.00 | 183.00 | ($29.00) | 4/16/1998 | 74233 |
| 1996 - 1997 | 154.00 | 183.00 | ($29.00) | 5/06/1998 | 74828 |

## III. 277 EBL Reliance Wheelchair

| Date | Sales price to GFE[1] | Representative Sales to MedEx | Diff. | Date | Invoice # (See Copies Attached as Exhibit to this Motion) |
|---|---|---|---|---|---|
| 1996 - 1997 | $ 192.00 | $ 223.00 | ($31.00) | 12/20/1997 | 70303 |
| 1996 - 1997 | 192.00 | 223.00 | ($31.00) | 3/19/1998 | 73379 |

---

[1] See Exhibit 35 attached to Docket 130.

Graham Field, Inc. v. E1 Enterprises, Inc., 98-1306 (DRD)     E1's Supplemental Opposition to Plaintiffs' Cross Motion for Summary Judgment

### III. 277 EBL Reliance Wheelchair

| | | | | | |
|---|---|---|---|---|---|
| 1996 - 1997 | 192.00 | 223.00 | ($31.00) | 4/10/1998 | 73938 |
| 1996 - 1997 | 192.00 | 223.00 | ($31.00) | 5/21/1998 | 75494 |

### IV. 475 EDB 18" Daytona Recliner

| Date | Sales price to GFE[2] | Representative Sales to MedEx | Diff. | Date | Invoice # (See Copies Attached as Exhibit to this Motion) |
|---|---|---|---|---|---|
| 1996 - 1997 | $ 454.74 | $ 535.00 | ($80.26) | 12/20/1997 | 70303 |
| 1996 - 1997 | 454.74 | 535.00 | ($80.26) | 3/09/1998 | 73319 |
| 1996 - 1997 | 454.74 | 535.00 | ($80.26) | 3/19/1998 | 73379 |
| 1996 - 1997 | 454.74 | 535.00 | ($80.26) | 4/10/1998 | 73938 |

---

[2] See Exhibit 35 attached to Docket 130.

| Graham Field, Inc. v. E1 Enterprises, Inc., 98-1306 (DRD) | E1's Supplemental Opposition to Plaintiffs' Cross Motion for Summary Judgment |
|---|---|

### V. 2000 EBK 18" Power-Chair

| Date | Sales price to GFE | Representative Sales to MedEx | Diff. | Date | Invoice # (See Copies Attached as Exhibit to this Motion) |
|---|---|---|---|---|---|
| 1996 - 1997 | $1,645.60 | $ 1,832 | ($186.40) | 4/30/1998 | 74684 |

The attached exhibits defeat GFE's cross motion for summary judgment. They create a genuine dispute as to a material issue of fact. That is, whether or not prices charged to GFE were discriminatory.

WHEREFORE, we respectfully pray from this Honorable Court to DENY plaintiffs' *Cross Motion for Summary Judgment*.

I HEREBY CERTIFY that, on this same date, a true copy of this document has been sent via electronic mail to Mr. Kenneth J. Mc Culloch, BRG&S, 909 Third Avenue, 18th Floor, New York, New York 10022.

RESPECTFULLY SUBMITTED.

　Hato Rey, Puerto Rico, March 31, 2004.

　　　　　　　　　　　　　　　　　　/S/ Ignacio Fernandez de Lahongrais
　　　　　　　　　　　　　　　　　　IGNACIO FERNANDEZ DE LAHONGRAIS
　　　　　　　　　　　　　　　　　　USDC - PR 211603
　　　　　　　　　　　　　　　　　　Capital Center Sur, Suite 202
　　　　　　　　　　　　　　　　　　Avenida Arterial Hostos #239
　　　　　　　　　　　　　　　　　　Hato Rey, Puerto Rico 00918-1475
　　　　　　　　　　　　　　　　　　Tel. 787-758-5789 Fax 787-754-7504