# Tuffcare®
**HIGHER STANDARD FOR HEALTH CARE™**

P.O. BOX 17848
ANAHEIM, CA 92817 USA

Telephone: 714/632-3999

## Invoice 70303
Invoice Date 12/20/97

**Bill To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

**Ship To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| PRMECO | SEA BARGE | FL | NET-30DAYS |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| PR1201 | HQ | 12/16/97 | 18875 |

| Quantity Ordered | Quantity Shipped | Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|---|
| 80 | 80 | 0 | 260BL<br>18" RELIANCE F/ARMS W/MAG WHEEL BLU | | 147.00<br>N | 11760.00 |
| 70 | 70 | 0 | 260EBL<br>18" RELIANCE W/MAG WHEEL, LEGRESTS | | 183.00<br>N | 12810.00 |
| 30 | 30 | 0 | 277BL<br>18" RELIANCE DET/ARMS W/MAG WHEEL B | | 187.00<br>N | 5610.00 |
| 30 | 30 | 0 | 277EBL<br>18" RELIANCE W/MAG WHEEL, LEGRESTS | | 223.00<br>N | 6690.00 |
| 62 | 62 | 0 | 475EDB<br>18" DAYTONA RECLINER ELE/LEGREST DB | | 535.00<br>N | 33170.00 |
| 50 | 50 | 0 | 878WEDB<br>20" SUPER EAGLE DET/ARMS ELE/LEGRES | | 349.00<br>N | 17450.00 |
| 312 | 312 | 0 | N301GR<br>ALUMINUN OFFSET CANE GRAY | | 6.90<br>N | 2152.80 |

Interest charge of 1.5% per month will apply to all past due accounts. Responsible party agree to pay all collection fee and all other releated expenses in order to collect this invoice.

(Continued)

Customer Original (Reprinted)                                      Page    1