# Tuffcare®
HIGHER STANDARD FOR HEALTH CARE™

P.O. BOX 17848
ANAHEIM, CA 92817 USA

Telephone: 714/632-3999

**Invoice 73379**
Invoice Date 03/19/98

**Bill To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

**Ship To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

| Customer | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| PRMECO | CONTAINER | ANAHEIM, CA | NET-30DAYS |

| Purchase Order Number | Salesperson | Order Date | Our Order Number |
|---|---|---|---|
| PR805 | HQ | 03/23/98 | 22123 |

| Quantity Ordered | Quantity Shipped | Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|---|
| 40 | 40 | 0 | 260BL ✓<br>18" RELIANCE F/ARMS W/MAG WHEEL BLU | | 147.00<br>N | 5880.00 |
| 80 | 80 | 0 | 260EBL ✓<br>18" RELIANCE W/MAG WHEEL, LEGRESTS | | 183.00<br>N | 14640.00 |
| 50 | 50 | 0 | 277EBL ✓<br>18" RELIANCE W/MAG WHEEL, LEGRESTS | | 223.00<br>N | 11150.00 |
| 50 | 50 | 0 | 475EDB ✓<br>18" DAYTONA RECLINER ELE/LEGREST DB | | 535.00<br>N | 26750.00 |
| 120 | 120 | 0 | NQ100S<br>ALUMINUM QUAD CANE W/SMALL BASE | | 12.00<br>N | 1440.00 |
| 96 | 96 | 0 | N300GR<br>ALUMINUM CANE, ADJUSTABLE HEIGHT GR | | 5.90<br>N | 566.40 |
| 48 | 48 | 0 | H212<br>12" GRAB BAR CHROME PLATED STEEL | | 3.70<br>N | 177.60 |

Interest charge of 1.5% per month will apply to all past due accounts. Responsible party agree to pay all collection fee and all other related expenses in order to collect this invoice.

(Continued)

Customer Original (Reprinted)

Page 1