

**Tuffcare®**
HIGHER STANDARD FOR HEALTH CARE™

P.O. BOX 17848
ANAHEIM, CA 92817 USA

Telephone: 714/632-3999

# Invoice 73938
Invoice Date 04/10/98

**Bill To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

**Ship To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

| Customer | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| PRMECO | CONTAINER | FL | NET-30DAYS | |
| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
| PR | | HQ | 04/07/98 | 23778 |

| Quantity Ordered | Quantity Shipped | Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|---|
| 20 | 20 | 0 | T2000<br>SEMI MOTORIZE HOME HEALTHCARE BED | | 229.50<br>N | 4590.00 |
| 150 | 150 | 0 | T200<br>BED RAIL (PER SET) | | 27.50<br>N | 4125.00 |
| 30 | 30 | 0 | 260BL<br>18" RELIANCE F/ARMS W/MAG WHEEL BLU | | 147.00<br>N | 4410.00 |
| 4 | 4 | 0 | 260EBL<br>18" RELIANCE W/MAG WHEEL, LEGRESTS | | 183.00<br>N | 732.00 |
| 36 | 36 | 0 | 277BL<br>18" RELIANCE DET/ARMS W/MAG WHEEL B | | 187.00<br>N | 6732.00 |
| 30 | 30 | 0 | 277EBL<br>18" RELIANCE W/MAG WHEEL, LEGRESTS | | 223.00<br>N | 6690.00 |
| 26 | 26 | 0 | 475EDB<br>18" NEWPORT RECLINER ELE/LEGREST DB | | 535.00<br>N | 13910.00 |

Interest charge of 1.5% per month will apply to all past due accounts. Responsible party agree to pay all collection fee and all other releated expenses in order to collect this invoice.

(Continued)                                  Customer Original (Reprinted)                                  Page     1