

**HIGHER STANDARD FOR HEALTH CARE™**

P.O. BOX 17848
ANAHEIM, CA 92817 USA

Telephone: 714/632-3999

# Invoice 74233
Invoice Date 04/16/98

**Bill To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

**Ship To:**
MEDEX CORP.
RD #1 K.M. 26.0
RIO PIEDRAS, PR 00905
PUERTO RICO

| Customer | Ship Via | F.O.B. | Terms | |
|---|---|---|---|---|
| PRMECO | CONTAINER | CA | NET-30DAYS | |
| Purchase Order Number | | Salesperson | Order Date | Our Order Number |
| PR807 IVY | | HQ | 04/16/98 | 24205 |

| Quantity Ordered | Quantity Shipped | Back Ordered | Item Number / Item Description | Unit of Measure | Unit Price / Discount % / Tax | Extended Price |
|---|---|---|---|---|---|---|
| 70 | 70 | 0 | T2000<br>SEMI MOTORIZE HOME HEALTHCARE BED | | 229.50<br>N | 16065.00 |
| 327 | 327 | 0 | T200<br>BED RAIL (PER SET) | | 21.00<br>N | 6867.00 |
| 20 | 20 | 0 | 260BL ✓<br>18" RELIANCE F/ARMS W/MAG WHEEL BLU | | 147.00<br>N | 2940.00 |
| 18 | 18 | 0 | 260EBL ✓<br>18" RELIANCE W/MAG WHEEL, LEGRESTS | | 183.00<br>N | 3294.00 |
| 19 | 19 | 0 | 277BL<br>18" RELIANCE DET/ARMS W/MAG WHEEL B | | 187.00<br>N | 3553.00 |
| 48 | 48 | 0 | FM150<br>COMMODE | | 34.00<br>N | 1632.00 |
| 48 | 48 | 0 | M16<br>WHITE PAIL FOR COMMODE | | 0.00<br>N | 0.00 |

Interest charge of 1.5% per month will apply to all past due accounts. Responsible party agree to pay all collection fee and all other releated expenses in order to collect this invoice.

(Continued)