IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, INC. AND**
**GRAHAM-FIELD EXPRESS**
**( PUERTO RICO) INC.**
          **Plaintiffs,**

   .v.

**E-1 Enterprises, Inc.**
          **Defendant.**

**CIVIL NO. 98-1306 (DRD)**

**Plaintiffs' Motion For Permission To File A Reply Memo**

Plaintiffs respectfully request permission pursuant to Local Rule 311.7 to file a Reply Memo, which is annexed, in further support of Plaintiffs' Motion For Partial Summary Judgment Under Robinson Patman, and in opposition to Defendant's Response Memos. Plaintiffs cross motion was filed on 01/30/04. Defendant filed a Response Memo on 03/04/04. Defendant then filed a Supplemental Response Memo, on 03/31/04. However, Defendant mailed this to Plaintiffs, and Plaintiffs did not receive the Supplemental Memo until 04/06/04, just two days ago. Plaintiffs request permission to file a Reply Memo because Defendant has made misstatements of the record facts, and from that sought to induce the Court to render erroneous conclusions. These are addressed in the Reply Memo, which Plaintiffs request permission to file.

          Respectfully submitted,

          Graham-Field, Inc. and Graham-Field
          Express (Puerto Rico) Inc.
          By: *Kenneth McCulloch*
          Kenneth Mc Culloch USDCPR NO. 212984
          P.O. Box 9023914
          San Juan, Puerto Rico 00902-3914
          Tel: 787-754-9191; Fax. 787-764-3101

New York Office:
Ballard, Rosenberg, Golper & Savitt
909 Third Avenue, 18th Fl.
New York, N.Y. 10022
Attn:   Kenneth Mc Culloch
Tel. 212-453-2710; Fax.212-644-8400