IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC. AND
GRAHAM-FIELD EXPRESS
( PUERTO RICO) INC.
           Plaintiffs,

V.

E 1 Enterprises, Inc.,
           Defendants.

CIVIL NO. 98-1306 (DRD)

### Affirmation Of Service

Kenneth Mc Culloch, an attorney admitted to practice in the U.S. District Court for the District Of Puerto Rico affirms under penalties of perjury that on this 8th day of April 2004 I served the attached Plaintiffs' Reply Memo In Further Support Of Plaintiffs' Motion For Partial Summary Judgment Under The Robinson Patman Act, and the accompanying Declaration of Kenneth Mc Culloch on defendant by mailing it to Defendant's counsel, by U.S. Mail, post-paid, Ignacio Fernandez De Lahongr, to his address at Capitol Center Sur, Ave. Arterial Hostos 239, Suite 202, Hato Rey, Puerto Rico 00918-1475, telephone 787-754-7504.

                                                              Kenneth Mc Culloch