IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **GRAHAM-FIELD, INC. AND**<br>**GRAHAM-FIELD EXPRESS**<br>**( PUERTO RICO) INC.**<br>　　　　　Plaintiffs,<br><br>　　.v.<br><br>**E-1 Enterprises, Inc.**<br>　　　　　Defendant. | CIVIL NO. 98-1306 (DRD) |

**Declaration Of Kenneth Mc Culloch In Support Of Plaintiffs' Motion For Partial Summary Judgment And In Reply To Defendant's Responses Of 03/04/04, and 03/31/04**

**KENNETH MC CULLOCH**, an attorney admitted to practice in the State Of New York and to the U.S. District Court for the District of Puerto Rico, declares under penalties of perjury that the statements made herein are true and correct to the best of his knowledge:

1. I am counsel for Plaintiffs in the above-referenced action. I make this Declaration as part of Plaintiffs Reply to Defendant's Memos of 03/04/04 and 03/31/04 opposing Plaintiffs' motion.

2. The invoices that are annexed to this affidavit were submitted to Plaintiffs by Defendant and were submitted to Defendant by Plaintiffs during discovery in this action.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kenneth Mc Culloch

Dated:  April 8, 2004

**INVOICE**



**Tuffcare**
DIVISION OF E1 ENTERPRISES, INC.

P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999

INVOICE NO: 37595
CUSTOMER NO: PRMECO

SOLD TO:
MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

SHIP TO:
MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

| DATE | SHIP VIA | | F.O.B. | TERMS | |
|---|---|---|---|---|---|
| 07/16/98 | CONTAINER | | ANAHEIM | NET-10 DAYS Due:08/15 | |
| PURCHASE ORDER NUMBER | | ORDER DATE | SALES PERSON | | OUR ORDER NUMBER |
| VERBAL/HILDA | | 07/09/98 | CC | | 27347 |

| QUANTITY ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 60 | 60 | X | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 149.00 | 8940.00 |
| 30 | 30 | X | 270EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 166.00 | 4980.00 |
| 40 | 40 | X | 475EDB | 18" NEWPORT RECLINER ELE/LEGRE | 440.00 | 17600.00 |
| 10 | 10 | X | 2000EBK | 18" POWER CHAIR W/LEGREST BLAC | 1543.00 | 15430.00 |
| 20 | 20 | | E800 | U1 GEL TYPE 12VOLT BATTERY | 43.00 | 860.00 |
| 10 | 10 | | A182 | SEAT BELT FOR WHEELCHAIR (SHOR | 0.00 | 0.00 |
| 2 | 2 | | P150 | PATIENT LIFTER, "C" BASE | 423.00 | 846.00 |
| 2 | 2 | | P10 | UNIVERSAL SEAT AND BACK | 37.00 | 74.00 |
| 108 | 108 | | M150 | COMMODE POLYESTER COATED W/BAC | 25.00 | 2700.00 |
| 100 | 100 | | S350 | SHOWER BENCH WITH BACK | 20.00 | 2000.00 |
| 192 | 192 | X | N300GR | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 912.00 |
| 192 | 192 | X | N300BK | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 912.00 |
| 45 | 45 | | T2000 | SEMI MOTORIZE HOME HEALTHCARE | 347.00 | 15615.00 |
| 96 | 96 | | M15 | TOILET SEAT COVER FOR COMMODE | 0.00 | 0.00 |

*22,095 x 6.6% = 1,458.27*

PLEASE INDICATE THE INVOICE #
YOU ARE PAYING ON YOUR CHECK.
* * * THANK YOU * * *
Page 1

| | |
|---|---|
| NonTaxable Subtotal | 70869.00 |
| Taxable Subtotal | 0.00 |
| Tax | 0.00 |
| Total | 70869.00 |

Thank You !

# INVOICE

# Tuffcare
### DIVISION OF E1 ENTERPRISES, INC.

P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999

INVOICE NO: 38518
CUSTOMER NO: PRMECO

**SOLD TO:**

MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

**SHIP TO:**

MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 08/07/98 | CONTAINER | ANAHEIM | Net 10 Days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| 06104 PR820 | 08/07/98 | CC | 28638 |

| QUANTITY ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 6 | 6 | 0 | A0159L | HEADREST MOUNTING TUBE LEFT | N 6.00 | 36.00 |
| 6 | 6 | 0 | A0159R | HEADREST MOUNTING TUBE RIGHT | N 6.00 | 36.00 |
| 6 | 6 | 0 | A10R18DB | RECLINER HEADREST UPHOL. 14 X | N 9.00 | 54.00 |
| 24 | 24 | 0 | A1106GR | ARMREST FULL LENGTH PLASTIC | N 2.25 | 54.00 |
| 10 | 10 | 0 | A1106PDB | ARMREST FULL LENGTH PADDED | N 3.00 | 30.00 |
| 12 | 12 | 0 | A1124GR | ARMREST DESK LENGTH PLASTIC | N 2.25 | 27.00 |
| 24 | 24 | 0 | A1318BL | EMBOSSED SEAT UPHOL. 18 X 16 | N 9.00 | 216.00 |
| 6 | 6 | 0 | A16R18DB | PADDED RECLINER BACK, 18 X 24 | N 18.75 | 112.50 |
| 24 | 24 | 0 | 475EDB | 18" NEWPORT RECLINER | N 440.00 | 10560.0 |
| 30 | 30 | 0 | 260EBL | 18" RELIANCE W/MAG WHEEL, | N 149.00 | 4470.00 |
| 50 | 50 | 0 | 270EBL | 18" RELIANCE W/MAG WHEEL, | N 166.00 | 8300.00 |
| 50 | 50 | 0 | 260BL | 18" RELIANCE F/ARMS W/MAG | N 116.00 | 5800.00 |
| 5 | 5 | 0 | TM1 | HEAD MOTOR FOR Tube only | N 70.50 | 352.50 |
| 2 | 2 | 0 | B103ALGR | 24 X 1 3/8 AIRLESS MAG 7/16 | N 46.50 | 93.00 |
| 2 | 2 | 0 | B103ALBK | 24 X 1 3/8 AIRLESS MAG 7/16 | N 46.50 | 93.00 |
| 2 | 2 | 0 | C1027ALGR | 8 X 1 3/4 AIRLESS CASTER 7/16 | N 19.50 | 39.00 |
| 2 | 2 | 0 | C1027ALBK | 8 X 1 3/4 AIRLESS CASTER 7/16 | N 19.50 | 39.00 |
| 2 | 2 | 0 | M2A | ELECTRIC WHEELCHAIR MOTOR | N 201.75 | 403.50 |
| 2 | 2 | 0 | R1076 | BRAKE CABLE, FREEDOM CART | N 2.62 | 5.24 |
| 51 | 51 | 0 | T2000 | SEMI MOTORIZE HOME HEALTHCARE | N 347.00 | 17697.0 |
| 100 | 100 | 0 | DW1BAG | 45" X 30" X 60" .002 POLY BAG | N 0.75 | 75.00 |
| 5 | 5 | 0 | T40-831 | HEAD FRAME MOTOR INNER EXTEND | N 2.20 | 11.00 |
| 5 | 5 | 0 | T30-381 | LOCK PIN W/15" WITH WIRE | N 2.80 | 14.00 |

6 A13R18DB
24 A1618BL
O/C

RECEIVED 8/21/98

19,387.74 × 6.67% = 1,279.59 08/ck#371

| | |
|---|---|
| NonTaxable | 48517.74 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total | 48517.74 |

**Thank You !**

# INVOICE

**Tuffcare**
DIVISION OF E1 ENTERPRISES, INC.

P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999

INVOICE NO: 40259
CUSTOMER NO: PRMECO

**SOLD TO:**

MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

**SHIP TO:**

MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 09/24/98 | CONTAINER | ANAHEIM | Net 10 Days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| PR826 | 09/28/98 | CC | 30530 |

| QUANTITY ORDERED | SHIPPED | BO | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 100 | 100 OK | 0 | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGRESTS | 149.00 | 14900.00 |
| 50 | 50 OK | 0 | 260BL | 18" RELIANCE F/ARMS W/MAG WHEEL BLU | 116.00 | 5800.00 |
| 25 | 25 OK | 0 | 270BL | 18" RELIANCE DET/ARMS W/MAG WHEEL B | 149.00 | 3725.00 |
| 60 | 60 OK | 0 | 270EBL | 18" RELIANCE W/MAG WHEEL, LEGRESTS | 166.00 | 9960.00 |
| 32 | 32 OK | 0 | T2000 | SEMI MOTORIZE HOME HEALTHCARE BED | 347.00 | 11104.00 |
| 12 | 12 OK | 0 | T200 | BED RAIL (PER SET) | 26.00 | 312.00 |

*Received OK 10/13/98*

*TRANSFER NO. 93*

NonTaxable 45801.0
Taxable 0.0
Tax 0.0
Total Invoice 45801.0

**INVOICE**


**TuffCare**
DIVISION OF EI ENTERPRISES, INC.
P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999



INVOICE NO: 36550
CUSTOMER NO: PRMECO



SOLD TO: MEDEX CORP.
CARR #1 K.M. 26.0
BO. QUEBRADA ARENAS
RIO PIEDRAS, PR. 00725
PUERTO RICO    TEL.: 787/731-1390

SHIP TO: MEDEX CORP.
CARR #1 K.M. 26.0
BO. QUEBRADA ARENAS
RIO PIEDRAS, PR. 00725
PUERTO RICO

| DATE | SHIP VIA | FOB | TERMS |
|---|---|---|---|
| 1/04/98 | CONTAINER | CA | NET-10 DAYS |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| PR814 | 6/04/98 | CC | PPD CW |

| ORDERED | SHIPPED | B/O | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 81 | 81 | O/C | T2000 | SEMI MOTORIZE HOME HEALTHCARE BED | 347.00 | 28107.00 |
| 100 | 100 | O/C | W200 | ECONOMY ALUMINUM FOLDING WALKER | 23.00 | 2300.00 |
| 120 | 120 | O/C | NQ200S | POLYESTER COATED QUAD CANE | 10.00 | 1200.00 |
| 3 | 3 | O/C | P150 | PATIENT LIFTER, "C" BASE | 423.00 | 1269.00 |
| 3 | 3 | O/C | P10 | UNIVERSAL SEAT AND BACK | 37.00 | 111.00 |
| 15 | 15 | O/C | 270EBL | 18" RELIANCE W/MAG WHEEL, LEGREST WHEELCHAIR | 166.00 | 2490.00 |
| 20 | 20 | O/C | 2000EBL | 18" POWER CHAIR W/LEGREST BLACK | 1543.00 | 30860.00 |
| 40 | 40 | O/C | E800 | U1 GEL TYPE 12VOLT BATTERY | 43.00 | 1720.00 |
| 50 | 50 | O/C | C15GR | 8 X 1 CASTER 5/16 BEARING GRAY | 5.63 | 281.50 |
| 12 | 12 | O/C | A1124GR | ARMREST DESK LENGTH PLASTIC GRAY | 2.25 | 27.00 |
| 12 | 12 | O/C | A1106GR | ARMREST FULL LENGTH PLASTIC GRAY | 2.25 | 27.00 |
| 12 | 12 | O/C | A1318BL | EMBOSSED SEAT UPHOL,18 X 16 BLUE | 9.00 | 108.00 |
| 12 | 12 | O/C | A1618BL | EMBOSSED BACK UPHOL., 18 X 18 | 9.00 | 108.00 |
| 12 | 12 | O/C | A13R18DB | PADDED RECLINER SEAT, 18 X 17 | 11.25 | 135.00 |
| 12 | 12 | O/C | A16R18DB | PADDED RECLINER SEAT, 18 X 17 | 18.75 | 225.00 |
| 24 | 24 | O/C | A1124PDB | ARMREST DESK LENGTH PADDED DARK BLUE | 3.00 | 72.00 |
| 70 | 70 | O/C | T40-18 | HOME CARE BED WHEEL W/BRAKE | 2.63 | 184.00 |
| 80 | 80 | O/C | T40-19 | HOME CARE BED WHEEL W/o BRAKE | 2.25 | 180.00 |
| 40 | 40 | O/C | CATALOGUE | | 0.00 | 0.00 |

PLEASE INDICATE THE INVOICE #
U ARE PAYING ON YOUR CHECK.
*** thank you ***

RECEIVED OK 6/8/98

NonTaxable Subtotal 69404.60
Taxable Subtotal 0.00
Tax 0.00
Total Order 69404.60

*Thank You !*

# INVOICE

**Tuffcare**
DIVISION OF E1 ENTERPRISES, INC.
P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999



INVOICE NO: 100728
CUSTOMER NO: PRMECO

SOLD TO:

MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

SHIP TO:

MEDEX CORP.
CARR #1 K.M. 26.0
BO QUEBRADA ARENAS
RIO PIEDRAS, PR 00725
PUERTO RICO

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/14/98 | CONTAINER | CA | Net 10 Days |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| PR830 PRMU 655035 | 10/14/98 | CC | 50723 |

| QUANTITY ORDERED | SHIPPED | BO | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 63 | 63 | OK 0 | T2000 | SEMI MOTORIZE HOME HEALTHCARE BED | 329.00 | 20727.00 |
| 100 | 100 | OK 0 | T200 | BED RAIL (PER SET) | 26.00 | 2600.00 |
| 20 | 20 | OK 0 | 260BL | 18" RELIANCE F/ARMS W/MAG WHEEL BL | 116.00 | 2320.00 |
| 40 | 40 | OK 0 | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGRESTS | 149.00 | 5960.00 |
| 50 | 50 | OK 0 | 270EBL | 18" RELIANCE W/MAG WHEEL, LEGRESTS | 166.00 | 8300.00 |
| 5 | 5 | OK 0 | P150 | PATIENT LIFTER FIXED BASE | 423.00 | 2115.00 |
| 5 | 5 | OK 0 | P10 | UNIVERSAL SLING | 37.00 | 185.00 |
| 48 | 48 | OK 0 | M150 | COMMODE POLYESTER COATED W/BACKREST | 25.00 | 1200.00 |

Received OK 11/13/98

1,827 - 56.67 = 1,770.58

TRANSFER NO. 107

NonTaxable 43407.00
Taxable 0.00
Tax 0.00
Total Invoice 43407.00

*Thank You!*

# INVOICE

**sffcare**
P.O. BOX 1489
OMPANO BEACH, FL 33061
(954) 977-4450

*Tuff*

INVOICE NO: 18915
CUSTOMER NO: PRVCMD

LD TO:
VC MEDICAL DISTRIBUTOR
CALL BOX #1931
SUITE#123
CAGUAS, PR 00726

SHIP TO:
VC MEDICAL DISTRIBUTOR
ROAD #1 KM. 29.4
SECTOR LA BARRA
CAGUAS, PR 00725

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| | | | |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| | | | |

| ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 70 | 70 | — | 270ELL | 18" RELIANCE W/MAG WHEEL, LEGR | 192.00 | 13440.00 |
| 35 | 35 | | 475ELB | 18" DAYTONA RECLINER ELE/LEGRE | 454.75 | 15916.25 |
| 25 | 25 | | 275ETAN | 22" NEWPORT EXTRA WIDE ELE/LEG | 385.05 | 9626.25 |
| 25 | 25 | | 878WEDD | 20" SUPER EAGLE DET/ARMS ELE/L | 296.65 | 7416.25 |
| 71 | 71 | | 260BL | 18" RELIANCE F/ARMS W/MAG WHEE | 120.00 | 3520.00 |
| 125 | 125 | | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 154.00 | 19250.00 |
| 100 | 50 | 50 | MQ100S | ALUMINUM QUAD CANE W/SMALL BAS | 9.60 | 480.00 |
| 100 | 100 | | MQ200S | POLYESTER COATED QUAD CANE W/S | 9.60 | 960.00 |
| 100 | 100 | | MQ200L | POLYESTER COATED QUAD CANE W/L | 10.30 | 1030.00 |
| 100 | 0 | 100 | MQ100L | ALUMINUM QUAD CANE W/LARGE BAS | 10.30 | 0.00 |
| 100 | 100 | | M300E | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 475.00 |
| 100 | 100 | | M300BK | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 475.00 |

*Recv'd OK 2/14/97*
*OK TO PAY*
*P11643*
*3004*
*501002*
*10543*
*MAR 18 1997*

PLEASE INDICATE THE INVOICE #
YOU ARE PAYING ON YOUR CHECK.
*** THANK YOU ***
Page 1

NonTaxable Subtotal  77588.75
Taxable Subtotal  0.00
Tax  0.00
Total  77588.75

*Thank You*

# INVOICE

**ffCare**
N OF E1 ENTERPRISES, INC.

P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999

INVOICE NO: 21550
CUSTOMER NO: PRVCMD

**SOLD TO:**
VC MEDICAL DISTRIBUTOR
CALL BOX 71061
SUITE 153
GUYNAB, PR 00720

**SHIP TO:**
VC MEDICAL DISTRIBUTOR
KM 29.4 SECTOR LA BARRA
GUYNAB, PR 00725
(787) 286-1345

| DATE | SHIP VIA | F.O.B. | T.E.R.M.S |
|---|---|---|---|
| 4/28/97 | TRUCKING | ANAHEIM, CA | NET 10 Due:05/08 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| VERBAL/JULIA | 4/24/97 | BC | 19251 |

| ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 7 | OK | 7 | 175DEL | 18" DAYTONA DET/ARM ELE/LEGRE | 454.75 | 3183.25 |
| 100 | OK | 100 | 270EFL | 18" RELIANCE W/MAG WHEEL, LEGR | 192.00 | 19200.00 |
| 30 | OK | 30 | 275NER | 18" FALCON DET/ARM ELE/LEGRES | 265.05 | 7951.50 |
| 36 | OK | 36 | 260BL | 18" RELIANCE F/ARMS W/MAG WHEE | 120.00 | 4320.00 |
| 30 | OK | 30 | 260NFL | 18" RELIANCE W/MAG WHEEL, LEGR | 154.00 | 4620.00 |
| 16 | OK | 16 | 270NEL | 20" RELIANCE DETCH/ARM LEGREST | 232.05 | 3712.80 |
| 2 | OK | 2 | 275WEL | 20" NEWPORT EXTRA WIDE LEGREST | 334.05 | 668.10 |
| 6 | OK | 6 | 260BL | 22" RELIANCE EXTRA WIDE LEGRES | 267.75 | 1606.50 |
| 2 | OK | 2 | 260NEL | 24" RELIANCE EXTRA WIDE LEGRES | 344.25 | 688.50 |
| 1 | OK | 1 | 275NER | 20" SUPER EAGLE DET/ARMS ELE/L | 296.65 | 296.65 |
| | OK | | 822007 | POLYESTER COATED QUAD CANE W/S | 9.60 | 576.00 |
| 120 | OK | 120 | | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 570.00 |
| 2 | OK | 2 | 8100L | ONE ARM DRIVE RIGHT | 238.00 | 476.00 |
| | | | SHIP | SHIPPING CHARGE | 0.00 | 0.00 |

Rec'd OK 5/6/97
OK to Pay

NonTaxable Subtotal   36913.4
Taxable Subtotal        0.0
Tax                     0.0
Total                 36913.4

PLEASE INDICATE THE INVOICE #
YOU ARE PAYING ON YOUR CHECK.
THANK YOU

*Thank You !*

# INVOICE

**Tuffcare®**
DIVISION OF E1 ENTERPRISES, INC.

P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999

INVOICE NO: 24294
CUSTOMER NO: PRVCMD

SOLD TO: VC MEDICAL DISTRIBUTOR
CALL BOX #4961
SUITE #123
CAGUAS, PR 00726

SHIP TO: VC MEDICAL DISTRIBUTOR
ROAD#1 KM 29.4
SECTOR LA BARRA
CAGUAS, P.R. 00725

PO 646408 8/1

| DATE | SHIP VIA | F.O.B. | TERMS | |
|---|---|---|---|---|
| 07/09/97 | CONTAINER | CAGUAS, P.R. | NET 10 Due: 07/19 | |
| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | | OUR ORDER NUMBER |
| VERBAL/HILDA | 06/19/97 | HQ | | 12432 |

| QUANTITY ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 75 | 75 | | 475EDB | 18" DAYTONA RECLINER ELE/LEGRE | 454.75 | 34106.2 |
| 25 | 25 | | 270WEBL | 20" RELIANCE DETCH/ARM LEGREST | 232.05 | 5801.2 |
| 25 | 25 | | 375ETAN | 22" NEWPORT EXTRA WIDE ELE/LEG | 385.05 | 9626.2 |
| 60 | 60 | | 270EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 192.00 | 11520.0 |
| 60 | 22 | 38 | 260BL | 18" RELIANCE F/ARMS W/MAG WHEE | 120.00 | 2640.0 |
| 100 | 100 | | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 154.00 | 15400.0 |
| 5 | 5 | | 2000WEBBK | 20" POWERCHAIR W/ELR & BATTERY | 1811.35 | 9056.7 |
| 12 | 12 | | T3000B | THREE WHEEL SCOOTER 3/4HP W/BA | 932.45 | 11189.4 |
| 24 | 24 | | NQ100S | ALUMINUM QUAD CANE W/SMALL BAS | 9.60 | 230.4 |
| 72 | 72 | | N300GR | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 342.0 |
| 12 | 12 | | A182 | SEAT BELT FOR WHEELCHAIR (SHOR | 5.95 | 71.4 |
| 12 | 12 | | A183 | SEAT BELT FOR WHEELCHAIR (LONG | 5.95 | 71.4 |
| 10 | 10 | | 475WEDB 470W20 | 20" DAYTONA RECLINER ELE/LEGRE | 519.35 | 5193. |
| 12 | | 12 | A1034L | ANTI TIPPER BOLT ON TYPE LEFT | 11.90 | 0.0 |
| 12 | | 12 | A1034R | ANTI TIPPER BOLT ON TYPE RIGHT | 11.90 | 0.0 |
| 24 | 24 | | CATALOG | CATALOG n/c | 0.00 | 0.0 |
| 4 | 4 | | | POWERCHAIR CONTROLLER UNIT 50A | 505.75 | 2023. |

* DO NOT PAY
REPLACEMENT PARTS
UNDER GUARANTEE
Tuffca Hery 3004  Rec'd OK
501002  Hfalso 7/31/97
35388-829  Entered 8/1/97

PLEASE INDICATE THE INVOICE
YOU ARE PAYING ON YOUR CHECK.
*** THANK YOU ***
Page 1

NonTaxable Subtotal  107271
Taxable Subtotal  0.
Tax  0
Total  107271

$105,248

**INVOICE**


uffcare
DIVISION OF E1 ENTERPRISES, INC.
P.O. BOX 17848
Anaheim, CA 92817-7848
Tel: 714-632-3999

INVOICE NO: 27119
CUSTOMER NO: PRVCMD

SOLD TO:
VC MEDICAL DISTRIBUTOR
CALL BOX #4961
SUITE#123
CAGUAS, PR 00726

SHIP TO:
VC MEDICAL DISTRIBUTOR
ROAD#1 KM 29.4
SECTOR LA BARRA
CAGUAS, PR 007256

PO# 651909

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 09/30/97 | AMERICAN MAR | CAGUAS, PR | NET 10 Due:10/10 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| VERBAL/HILDA | 09/24/97 | HQ | 15750 |

| QUANTITY ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 97 | 97 | OK | 475EDB | 18" DAYTONA RECLINER ELE/LEGRE | 454.75 | 44110.75 |
| 35 | 35 | 36 | 2000EBDB | 18" POWERCHAIR W/ELEREST & BAT | 1645.60 | 57596.00 |
| 35 | 35 | | A182 | SEAT BELT FOR WHEELCHAIR (SHOR | 5.95 | 208.25 |
| 9 | 9 | 8 | 2000WEBBK | 20" POWERCHAIR W/ELR & BATTERY | 1811.35 | 16302.15 |
| 9 | 9 | | A183 | SEAT BELT FOR WHEELCHAIR (LONG | 5.95 | 53.55 |
| 30 | 30 | OK | 270WEBL | 20" RELIANCE DETCH/ARM LEGREST | 232.05 | 6961.50 |
| 30 | 30 | OK | 290EBL | 22" RELIANCE EXTRA WIDE LEGRES | 267.75 | 8032.50 |
| 75 | 75 | OK | 270EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 192.00 | 14400.00 |
| 24 | 24 | OK | NQ100S | ALUMINUM QUAD CANE W/SMALL BAS | 9.60 | 230.40 |
| 45 | 45 | OK | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 154.00 | 6930.00 |
| 1 | 1 | OK | A13R18DB | PADDED RECLINER SEAT, 18 X 17 | 12.75 | 12.75 |
| 1 | 1 | OK | A16R18DB | PADDED RECLINER BACK, 18 X 24 | 21.25 | 21.25 |

RECEIVED AS MARKED
10/17/97
10/20/97

PLEASE INDICATE THE INVOICE #
YOU ARE PAYING ON YOUR CHECK.
* * * THANK YOU * * *
Page 1

154693.35
NonTaxable Subtotal   154859.10
Taxable Subtotal         0.00
Tax                      0.00
Total                  154859.10

*Thank You !*

DIFF $165.75

# INVOICE

## Tuffcare
P.O. BOX 1489
POMPANO BEACH, FL 33061
(954) 977-4450

INVOICE NO: 17041
CUSTOMER NO: PRVCMD

SOLD TO:
VC MEDICAL DISTRIBUTOR
CALL BOX #4051
SUITE #123
CAGUAS, PR 00726

SHIP TO:
VC MEDICAL DISTRIBUTOR
ROAD #1 KM.29.4
SECTOR LA BARRA
CAGUAS, PR 00725

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 12/13/96 | CONTAINER | CAGUAS | NET 10 Due:12/23/96 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| VERBAL/HILDA | 12/04/96 | HO | 16167 |

| QUANTITY ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 40 | 40 | — | 270EB1 | 18" RELIANCE W/MAG WHEEL, LEGR | 192.00 | 7680.00 |
| 10 | 10 | | 270BL | 18" RELIANCE DET/ARMS W/MAG WH | 158.00 | 1580.00 |
| 30 | 30 | | 475EDB | 18" DAYTONA RECLINER ELE/LEGRE | 454.75 | 13642.50 |
| 40 | 40 | | 375ETAN | 22" NEWPORT EXTRA WIDE ELE/LEG | 385.05 | 15402.00 |
| 150 | 150 | | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 154.00 | 23100.00 |
| 70 | 70 | | 260BL | 18" RELIANCE F/ARMS W/MAG WHEE | 120.00 | 8400.00 |
| 204 | 204 | | NQ100S | ALUMINUM QUAD CANE W/SMALL BAS | 9.60 | 1958.40 |
| 204 | 204 | | NQ200S | POLYESTER COATED QUAD CANE W/S | 9.60 | 1958.40 |
| 100 | 100 | | N300GR | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 475.00 |
| 100 | 100 | | N300BK | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 475.00 |
| 10 | 10 | | 270NBL | 16" RELIANCE DET/ARMS SW/FT BL | 158.00 | 1580.00 |

PLEASE INDICATE THE INVOICE #
YOU ARE PAYING ON YOUR CHECK.
* * * THANK YOU * * *
Page 1

NonTaxable Subtotal  76251.30
Taxable Subtotal  0.00
Tax  0.00
Total  76251.30

*Thank You*

# INVOICE

**Tuffcare®**
P.O. BOX 1489
POMPANO BEACH, FL 33061
(954) 977-4450

INVOICE NO: 16274
CUSTOMER NO: PRVCMD

SOLD TO:
VC MEDICAL DISTRIBUTOR
CALLE GANGES #1536
URB IND EL PARAISO
RIO PIEDRAS, PR 00926

SHIP TO:
VC MEDICAL DISTRIBUTOR
CALLE GANGES #1536
URB IND EL PARAISO
RIO PIEDRAS, PR 00926

| DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 10/18/96 | CONTAINER | RIO PIEDRAS | NET 10 Due 10/28/96 |

| PURCHASE ORDER NUMBER | ORDER DATE | SALES PERSON | OUR ORDER NUMBER |
|---|---|---|---|
| VERBAL/HILDA | 10/07/96 | HO | 14471 |

| ORDERED | SHIPPED | B.O. | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 100 | 67 | 33 | 260BL | 18" RELIANCE F/ARMS W/MAG WHEE | 120.00 | 8040.00 |
| 60 | 60 | | 260EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 154.00 | 9240.00 |
| 60 | 60 | | 270EBL | 18" RELIANCE W/MAG WHEEL, LEGR | 192.00 | 11520.00 |
| 60 | 60 | | 475EDB | 18" DAYTONA RECLINER ELE/LEGRE | 454.75 | 27285.00 |
| 30 | 30 | | 665BR | 18" FALCON F/ARMS SW/FT BROWN | 201.45 | 6043.50 |
| 30 | 30 | | 665EBK | 18" FALCON LIGHTWEIGHT F/ARMS | 232.05 | 6961.50 |
| 15 | 15 | | 375ETAN | 22" NEWPORT EXTRA WIDE ELE/LEG | 385.05 | 5775.75 |
| 5 | 5 | | 375XETAN | 24" NEWPORT EXTRA WIDE ELE/LEG | 436.05 | 2180.25 |
| 10 | 10 | | 3000B | THREE WHEEL SCOOTER 3/4HP W/BA | 932.45 | 9324.50 |
| 50 | 50 | | N300GR | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 237.50 |
| 50 | 50 | | N300BK | ALUMINUM CANE, ADJUSTABLE HEIG | 4.75 | 237.50 |
| 12 | 1 | 11 | 2000EBBK | 18" POWERCHAIR W/ELEREST & BAT | 1645.60 | 1645.60 |

Rec'd OK to pay
10/29/96

PLEASE INDICATE THE INVOICE #
YOU ARE PAYING ON YOUR CHECK.
* * * THANK YOU * * *
Page 1

NonTaxable Subtotal   88491.10
Taxable Subtotal           0.00
Tax                        0.00
Total                  88491.10

*Thank You*