UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, INC., et al.**
    **Plaintiffs**,

    **v.**                                            **CIVIL NO. 98-1306 (DRD)**

**TUFFCARE, INC.**
    **Defendants**.

## ORDER

The Court hereby **ORDERS** the parties to instant case to advised on or before the **13th day of August 2004 at noon** whether or not they understand that this case can be settled within the recommendations made by the Court's Appointed Mediator.  Further, the Court schedules a **Pre-Trial Conference** for the **20th day of August 2004 at 3:30 p.m.**  Proposed voir-dire questions and general jury instructions shall be brought forth at said conference.   Trial Date shall be scheduled at the Pre-Trial Conference.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 2nd day of August 2004.

                                                               S/DANIEL R. DOMINGUEZ
                                                               DANIEL R. DOMINGUEZ
                                                               U.S. DISTRICT COURT