THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALFRED T. GIULIANO, trustee; GRAHAM - FIELD, INC., et al<br><br>Plaintiffs<br><br>Vs<br><br>E1 Enterprises, Inc., et. al.<br><br>Defendant | CIVIL NO. 98-1306 (DRD)<br>CIVIL ACTION |

**MOTION IN COMPLIANCE WITH THE COURT'S ORDER DATED AUGUST 2, 2004**

TO THE HONORABLE COURT:

COMES NOW defendant E1 ENTERPRISES, INC. ("E1"), represented by the undersigned attorney, and most respectfully STATES, ALLEGES AND PRAYS:

1. Pursuant to the Court's order dated August 2, 2004, E1 respectfully informs that it would entertain a settlement based on the mediator's estimate of how much plaintiff's case is worth. As told by the mediator to the undersigned attorney.

2. E1 does not object to the mediator providing a frank and open account to the Court as to the settlement talks he held with the parties and his own estimate of plaintiff's claim.

WHEREFORE, we respectfully pray from this Honorable Court to TAKE NOTICE of the above.

I HEREBY CERTIFY that, on this same date, a true copy of this document has been sent via

| | |
|---|---|
| Alfred T. Giuliano, Trustee; Graham Field, Inc. v. E1 Enterprises, Inc., 98-1306 (DRD) | E1's Motion in Compliance with the Court's Order |

regular mail to Mr. Kenneth J. Mc Culloch, BRG&S, 909 Third Avenue, 18th Floor, New York, New York 10022.

RESPECTFULLY SUBMITTED.

    In Hato Rey, Puerto Rico, August 13, 2004.

                                /S/ Ignacio Fernandez de Lahongrais
                                IGNACIO FERNANDEZ DE LAHONGRAIS
                                USDC - PR 211603
                                Capital Center Sur, Suite 202
                                Avenida Arterial Hostos #239
                                Hato Rey, Puerto Rico 00918-1475
                                Tel. 758-5789 Fax 754-7504