THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALFRED T. GIULIANO, trustee, GRAHAM - FIELD, INC., et al<br><br>Plaintiffs<br><br>Vs<br><br>E1 Enterprises, Inc., et. al.<br><br>Defendant | CIVIL NO. 98-1306 (DRD)<br>CIVIL ACTION |



## MOTION TO DEPOSIT MEDIATOR'S FEES

TO THE HONORABLE CLERK OF THE COURT:

COMES NOW defendant E1 ENTERPRISES, INC., D/B/A TUFFCARE, ("E1"), represented by the undersigned attorney, and most respectfully STATES, ALLEGES AND PRAYS:

1. Pursuant to the Court's August 18, 2004 order defendant E1 hereby moves the Clerk of the Court to accept the enclosed certified check in the amount of $1,500 to deposit the mediator's fees.

WHEREFORE, we respectfully pray from the Clerk of the Court to accept the enclosed deposit.

I HEREBY CERTIFY that, on this same date, a true copy of this document has been sent via regular mail to Mr. Kenneth J. Mc Culloch, BRG&S, 909 Third Avenue, 18th Floor, New York, New York 10022.

RESPECTFULLY SUBMITTED.

In Hato Rey, Puerto Rico, August 27, 2004.

IGNACIO FERNANDEZ DE LAHONGRAIS
USDC - PR 211603
Capital Center Sur, Suite 202
Avenida Arterial Hostos #239
Hato Rey, Puerto Rico 00918-1475
Tel. 758-5789 Fax 754-7504