# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, INC., et al.**
    **Plaintiffs**,

                                                      **CIVIL NO. 98-1306 (DRD)**

    v.

**TUFFCARE, INC.**
    **Defendants**.

## ORDER

The Court has been advised by the Appointed Mediator that due to the passage of Tropical Storm Jeanne the meeting between the parties to attempt to Mediate the case could not be held but will be held within the next few days.

The Status/Settlement Conference scheduled for the 23rd day of September 2004 at 5:00 p.m. before the undersigned is hereby **VACATED SINE DIE**. The same will be held as soon as the Appointed Mediator advises the Court on Mediation efforts. **The Court still remains optimistic that a settlement agreement will be reached prior to September 30, 2004. If not the case shall be scheduled for Pre-Trial and Trial in late October/early November 2004.**

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of September 2004.

                                            **S/DANIEL R. DOMINGUEZ**
                                            **DANIEL R. DOMINGUEZ**
                                            **U.S. DISTRICT JUDGE**