UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, INC., et al.**
    **Plaintiffs**,

                                                                     **CIVIL NO. 98-1306 (DRD)**

v.

**TUFFCARE, INC.**
    **Defendants**.

## ORDER

    The Court has been advised by Appointed Mediator, Guillermo A. Nigaglioni, that the parties have not been able to reach a settlement agreement in the instant matter.

    The Court hereby **SCHEDULES** a **Final Settlement Conference**, before the undersigned judge, for the **30th day of September 2004. Counsel are advised that respective clients and the Trustee should be available in case a reasonable settlement agreement is reached.** The Status Conference is to be via telephone. The parties are to call the undersigned for an exact hour.

    **The parties are to be ready to male a final effort abandoning traditional positions.**

    Should no settlement be reached the Court shall set Pre-Trial and Trial for November/December 2004.

    **IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of September 2004.

                                            **S/DANIEL R. DOMINGUEZ**
                                            **DANIEL R. DOMINGUEZ**
                                            **U.S. DISTRICT JUDGE**