UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, Inc., et al

    Plaintiff

v                                  CIVIL CASE NO. 98-1306 (DRD)

TUFFCARE, INC.

    Defendant

---

**MOTION ACCOMPANYING MEDIATOR'S INVOICE**

TO THE HONORABLE COURT:

    COMES NOW the Court Appointed Mediator, Guillermo A. Nigaglioni, Esq., and respectfully states and prays:

    1. Pursuant to the terms of the Mediation Order dated August 16, 2004, we are enclosing herewith Mediator's Invoice covering the month of August and September 2004.

    In San Juan, Puerto Rico, this 30th day of September 2004.

    CERTIFICATE OF MAILING: On this same date copy of the above was sent by regular mail to: Kenneth M. Culloch, Esq., 909 Third Avenue, Eighteenth Floor, New York, New York 10022 and Ignacio Fernández de Lahongrais, Esq., Capital Center Sur, Suite 202, 239 Arterial Hostos Ave., Hato Rey, Puerto Rico 00918-1475.

GUILLERMO A. NIGAGLIONI
USDC No. 1102
PO Box 16653
San Juan, Puerto Rico 00908-6653
Tel. (787) 723-7240-FAX (787) 721-7713