## STATEMENT

San Juan, Puerto Rico

September 29, 2004

United States District Court
for the District of Puerto Rico
Attention: Hon. Judge Daniel Domínguez
San Juan, Puerto Rico 00918

TO:
**GUILLERMO A. NIGAGLIONI**
Attorney-At-Law
PO Box 16653
San Juan, Puerto Rico 00908-6653

---

For professional services rendered as Mediator in Civil Case 9-1306 (DRD), **Graham-Field, Inc. v Tuffcare, Inc., etc**, Civil Action No. 98-1306 before the United States District Court for the District of Puerto Rico, pursuant to Judge Daniel R. Domínguez's Order dated August 16, 2004:

August 19, 2004

| | |
|---|---|
| Received and studied Order issued by Hon. Judge Daniel R. Domínguez for additional mediation | ½ |

Augusto 30, 2004

| | |
|---|---|
| Letter to Attorneys Kenneth McCulloch (attorney for plaintiff) and Ignacio Fernández de Lahongrais (attorney for defendants) for scheduling mediation sessions | ½ |

September 8 2004

| | |
|---|---|
| Review notes on previous mediation sessions and possible changes effected by the presence of a new party (bankruptcy trustee) | 2 |

September 9, 2004

| | |
|---|---|
| Arrangements made for use of Jury Room for meditation sessions; Letters to Atty. McCulloch and Atty. Fernández | 3/4 |

-2-

September 17, 2004

T/T Mr. McCulloch: postponement of September 16, 2004 meeting
due to Tropical Storm Jeanne; T/T Atty. Fernandez's office (could
not be reached because of lack of power on telephone switchboard)                ½

September 20, 2004

Telephone call to Atty. McCulloch; faxed letters from Mr. McCulloch
dated September 15 and September 20, 2004                                        3/4

September 21, 2004

T/F Mr. McCulloch (2); T/T Mr. Fernández de Lahongrais; T/T
Mr. McCulloch (1)                                                          1

September 22, 2004

L/F Mr. McCulloch by fax with enclosures; T/T Mr. Fernández to
discuss issue of "within the recommendations made by the Court's
Appointed Mediator" language in Court Order of August 2, 2004;
T/F Mr. McCulloch and Atty. Fiorella, Attorney for Trustee                 2

September 24, 2004

T/T Atty. Fernández de Lahongrais in pursuit of new grounds for
mediation and settlement amounts; T/T Atty. McCulloch for same
purpose                                                                    1       ½

September 27, 2004

T/t Judge Domínguez - Re: Rescheduling of postponed September
23, 2004 Status/Settlement Conference; T/T Atty. McCulloch and
T/T Atty. Fernández de Lahongrais as per directive of Judge
Domínguez                                                                  1

September 28, 2004

Receipt and analysis of Court's Order dated September 22, 2004                    3/4
T/T Atty. McCulloch

September 29, 2004

T/F Atty. Fernández de Lahongrais; T/T Judge Domínguez                     1

-3-

September 30, 2004

T/T Mr. McCulloch and Mr. Fiorella; T/T Judge Domínguez to
report on final status as to mediation                                                              1

        **13 1/4 hours at $225.00**        **$ 2, 981.25**

Please issue check
to the order of
**Guillermo A. Nigaglioni**