UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GRAHAM-FIELD, INC., et al.
  Plaintiffs,

v.                                                                CIVIL NO. 98-1306 (DRD)

TUFFCARE, INC.
  Defendants.

## ORDER

The Court has received the Appointed Mediator's Invoice for the months of August and September 2004. As per the Court's order dated August 16, 2003, the parties are granted until the **22nd day of October 2004 at 5:00 p.m.** to object the mediator's monthly invoice. If no objection is logged, the Court will release the appropriate amount to Mr. Nigaglioni.

Finally, the Court strongly encourages the parties to exhaust settlement efforts since they are extremely close to settle the instant matter. The parties should discuss with their clients whether or not a **five thousand dollars ($5,000.00)** gap is worth the risk and expenses associated to trial. The Court is extremely disappointed that notwithstanding the closeness in reaching an agreement , no final agreement was produced. As to this matter, the parties shall submit a Joint Informative Motion on or before the **22nd day of October 2004 at 5:00 p.m.** informing the results of this last settlement efforts. The parties are urged to seek the guidance of the appointed mediator. If a settlement agreement is not reached by said deadline, the Court shall schedule a Status Conference in order to address pending matters and schedule a Pre-Trial Conference and the Trial date.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of October 2004.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE