UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, INC., et als.,**
**Plainitiffs**

**v.**    CIVIL NO. 98-1306(DRD)

**TUFFCARE, INC.,**
**Defendants**

### ORDER

On October 6, 2004, the Court Appointed Mediator Guillermo A. Nigaglioni, filed a *Motion Accompanying Mediator's Invoice* (Docket No. 265) notifying the Court and the parties of the August and September 2004 invoices. Pursuant to the Court's Mediation Order (Docket No. 186) the parties may object to the mediator's invoice within ten (10) days. Further, the undersigned granted the instant parties until the **22nd day of October 2004** to object the instant invoice and forewarned that failure to do so would be deemed by the court as waiving any objections. The parties have not objected the invoice hence the Court deems proper to disburse the amount of **$2,981.25** to Mediator Guillermo A. Nigaglioni from those funds already deposited by the parties for this purpose.

**The Clerk is ORDERED to proceed with the disbursement forthwith.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of November 2004.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRIC-T JUDGE