UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GRAHAM-FIELD, INC., et al.**
   **Plaintiffs**,

                                                                                **CIVIL NO. 98-1306 (DRD)**

v.

**TUFFCARE, INC.**
   **Defendants**.

## ORDER

The parties are ordered to appear at a **Final Pre-Trial Conference** scheduled for **February 9, 2005, at 5:30 p.m.** The parties shall submit on or before **February 7, 2005**, a Final Pre-Trial Memorandum. Further, the parties shall bring forth to the Pre-Trial Conference their proposed voir-dire questions, general and specific instructions to the jury and a brief statement as to what the case is about which shall be read by the undersigned to the jury at the initial stage of trial. The parties are advised that Jury Trial will be scheduled for the last week in **February 2005**. This is an overaged case reportable in March 2005 hence it shall be set forth expeditiously for trial.

**Further, the parties are advised that the federal judiciary system no longer provides court interpreters for civil matters. Hence, this means that each party shall bring to court, at their own expense, their certified interpreter to be used during the proceedings. Finally, the parties are forewarned that if the case is settle at the eve of trial, the parties shall be charged jury fees for all members of the potential panel of jurors called in by the Jury Clerk for jury selection.**

**The Clerk of the Court is INSTRUCTED to notify this Order to the Appointed Mediator, Guillermo A. Nigaglioni, enabling him to make a final attempt to settle the case.**

**ABSOLUTELY NO FURTHER CONTINUANCES NOR EXTENSIONS OF TIME SHALL BE GRANTED.**

   **IT IS SO ORDERED.**
In San Juan, Puerto Rico this 21st day of January 2005.

                                                                    S/DANIEL R. DOMINGUEZ
                                                                    DANIEL R. DOMINGUEZ
                                                                    U.S. DISTRICT JUDGE