# TABLE OF CONTENTS

| Graham Field, et. al. v. E-1 Enterprises, et. al., 98-1306 (DRD). |
|---|

| ITEM | Pages | DESCRIPTION |
|---|---|---|
| Exhibit 1 | 1 | Exclusive Sales Agreement |
| Exhibit 2 - A | 2 - 20 | Transcript on April 7, 1998 Hearing for Preliminary Injunction. |
| Exhibit 2 - B | 21 - 35 | Transcript on April 7, 1998 Hearing for Preliminary Injunction. |
| Exhibit 3 | 36 - 39 | Sworn Statement by Mr. Vicente Guzman. |
| Exhibit 4 - A | 40 - 55 | Transcript of 12/20/01 deposition given by Mr. Vicente Guzman. |
| Exhibit 4 - B | 56 - 66 | Transcript of 12/20/01 deposition given by Mr. Vicente Guzman. |
| Exhibit 5 - A | 67 - 85 | Transcript of 12/27/01 deposition given by Mr. Vicente Guzman. |
| Exhibit 5 - B | 86 - 105 | Transcript of 12/27/01 deposition given by Mr. Vicente Guzman. |
| Exhibit 5 - C | 106 - 120 | Transcript of 12/27/01 deposition given by Mr. Vicente Guzman. |
| Exhibit 6 | 121 - 155 | Transcript of deposition given by Ms. Hilda Salgado. |
| Exhibit 7 | 156 - 159 | Sworn statement by Ms. Hilda Salgado. |
| Exhibit 8 - A | 160 - 180 | Transcript of deposition by Mr. Calvin Chang. |
| Exhibit 8 - B | 181 - 194 | Transcript of deposition by Mr. Calvin Chang. |
| Exhibit 9 | 195 - 198 | Sworn statement by Mr. Calvin Chang. |
| Exhibit 10 | 199 - 227 | Transcript of deposition given by Ms. Sara Figueroa. |
| Exhibit 11 | 228 | Letter to Terminate Exclusive Sales Agreement. |
| Exhibit 12 | 229 | Request to Assignment. |
| Exhibit 13 | 230 | Letter from Calvin Chang confirming termination of Exclusive Sales Agreement. |
| Exhibit 14 | 231 | Memo by Mr. Vicente Guzman dated December 3, 1997. |
| Exhibit 15 | 232 | *The smoking gun.* |
| Exhibit 16 | 233 - 234 | Irwin Selinger's response to the *smoking gun*. |
| Exhibit 17 | 235 | Memo from Irwin Selinger to Vicente Guzman. |
| Exhibit 18 | 236 - 237 | Letter by Vicente Guzman to Peter Winocur. |
| Exhibit 19 | 238 - 239 | Plaintiffs' pre trial memorandum. |
| Exhibit 20 | 240 - 241 | Plaintiffs' motion & Response to Interrogatories. |
| Exhibit 21 | 242 - 243 | Plaintiffs' statement of material facts. |

| Exhibit 22 | 244 - 250 | Plaintiffs' response to Request of Admissions. |
| Exhibit 23 | 251 - 259 | Irwin Selinger's indictment. |
| Exhibit 24 | 260 - 266 | Plaintiffs' SEC Form 10-Q |
| Exhibit 25 | 267 - 279 | Plaintiffs' SEC Form 10-K. |
| Exhibit 26 | 280 - 286 | Certificate of Incorporation - MedEx |