

## EXCLUSIVE SALES AGREEMENT

This agreement between Tuffcare located at 1171 North Armando Street, Anaheim, California 92806(refer herein as the Manufacturer) and VC Medical Distributor located at San Patricio Avenue #792, Las Lomas Pto Nuevo, PR 00921(refer herein as the Distributor) is subject to the following terms and conditions:

1) The Distributor is the exclusive distributor in Puerto Rico.

2) All sales leads from Puerto Rico will be refer to the Distributor.

3) The Distributor agreed to promote and sell wheelchairs and related products only for the Manufacturer.

4) The Distributor must purchase average of $10,000 per month in order to maintain the exclusive status. Performance will be reviewed every 3 months.

5) This contract is valid until September 30, 1991. The contract can be renew by increasing sales performance to $15,000 per month.

Tuffcare                                    VC Medical Distributor

_Calvin Chang_  10/8/90            _Vicente Guzman Jr._  10/15/
Calvin Chang          Date          Vicente Guzman           Date
Vice President                      Owner

                                    _Hilda Salgado_  10/15/90
                                    Hilda Salgado            Date
                                    Owner

1