**NAZARIO
HERNANDEZ**
COURT REPORTER



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2

3    GRAHAM-FIELD, INC. AND                :
     GRAHAM-FIELD EXPRESS               :
4    (PUERTO RICO) INC.                     :

5         PLAINTIFFS                          :

6    V.                                          :          CIVIL NO. 98
                                             :
7    TUFFCARE, INCORPORATED,              :

8         DEFENDANT                           :

9    - - - - - - - - - - - - -              :

10

11

12

13

14

15                THE DEPOSITION OF: HILDA SALGADO

16

17

18

19

20

21

22                          DATE: April 17, 2000
23                          TIME: 9:00 a.m.
                            PLACE: Woods & Woods
24                               One Comptroller Plaza
                                 Sixth Floor,
25                               105 Ponce de Leon Avenue
                                 Hato Rey, Puerto Rico

RECEIVED
FEB 12 2001

Calle 20 S-16, Urb. El Cortijo, Bayamón, P.R. 00956 • 799-3531 / 797-3697

**121**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

1

2    GRAHAM-FIELD, INC.AND
     GRAHAM-FIELD EXPRESS
3    (PUERTO RICO) INC.                    :

4        PLAINTIFFS                        :
                                           :
5        V.                                :    CIVIL NO. 98
                                           :
6    TUFFCARE, INCORPORATED,               :
                                           :
7        DEFENDANT                         :
     - - - - - - - - - - - - - -
8

9

10

11

12        The deposition of **HILDA DELGADO**, was held at the law

13   firm of Woods & Woods, One Comptroller Plaza Sixth Floor,

14   105 Ponce de Leon Avenue, Hato Rey, Puerto Rico on April

15   17, 2000, at 9:00 a.m.  The Deponent and the Court Reporter

16   were sworn in by Counsel Fernando Gallardo, as stipulated.

17

18                            *  *  *  *

19

20

21

22

23

24

25

**122**

**APPEARANCES:**

1

2       **COUNSEL FOR PLAINTIFF**

3       MR KENNETH J. MC CULLOCH

4

5       **COUNSEL FOR DEFENDANT**

6       MR. EDGARDO RIVERA

7

8       **TRANSLATOR**

9       MR. CARLOS T. RAVELO

10

11       **DEPONENT**

12       HILDA SALGADO

13

14       **COURT REPORTER**

15       ADA SOTO MARTINEZ

16

17

18

19

20

21

22

23

24

25

4

1    MR. FERNANDO GALLARDO:

2        Por favor, diga su nombre.

3    THE COURT REPORTER:

4        Ada Soto.

5    MR. FERNANDO GALLARDO:

6        De qué compañía?

7    THE COURT REPORTER:

8        Nazario Hernández.

9    MR. FERNANDO GALLARDO:

10       ¿Usted jura tomar y transcribir correcta y fielmente

11   todo lo que se diga en esta deposición?

12   THE COURT REPORTER;

13       Sí, lo juro.

14   MR. FERNANDO GALLARDO:

15       Diga su nombre completo.

16   THE INTERPRETER;

17       Carlos T. Ravelo, traductor, cuenta propia.

18   MR. FERNANDO GALLARDO:

19       Traductor, cuenta propia.   ¿Usted jura que usted

20   traducirá o interpretará correcta y fielmente todo lo que

21   se diga en esta deposición?

22   THE INTERPRETER:

23       Así lo juro.

24   MR. FERNANDO GALLARDO:

25       Por favor, señora deponente, usted jura decir la

**124**

5

1   verda, toda la verdad y nada mas que la verdad de todo lo

2   que se le pregunte y diga en esta deposicion?

3   THE DEPONENT:

4       Sí.

5   MR. FERNANDO GALLARDO:

6       Sí.   ¿Y el nombre suyo es?

7   THE DEPONENT:

8       Hilda Salgado.

9   MR. FERNANDO GALLARDO:

10      ¿Me excusan?

11  MR. RIVERA:

12      Muchas gracias.

13  MR. MC CULLOCH:

14      Thank you.  We have the standard stipulations that we

15  have in federal court.

16  MR. RIVERA:

17      That is the standard.

18  MR. MC CULLOCH:

19      Okay.  All objections except as to form are reserved.

20  The witness waives the reading and signing before this

21  notary but can sign it before any notary.   That the

22  transcript will be sent to the witness as soon as it's

23  ready.  And she will make any changes that she thinks are

24  necessary within thirty days.  If there are no changes made

25  within thirty days, then it's deemed to be correct.  Any

6

1    others?

2    MR. RIVERA:

3        We will not be reserving objections as to attorney-

4    client privilege.

5    MR. MCCULLOCH:

6        Oh, that's right.

7    MR. RIVERA:

8        Also we have to stipulate that the interpreter,

9    stenographer and the witness were sworn in spanish and that

10   those swearing in were satisfactory.

11   MR. MC CULLOCH:

12       Yes, that's fine.  That's understood.  Okay.  Would

13   you state--we'll start now.

14                    **(THE REPORTER, THE INTERPRETER AND T  H  E**

15                    **DEPONENT WERE DULY SWORN)**

16                         **EXAMINATION**

17   BY MR. MC CULLOCH:

18       Q    Ms. Salgado, would you state your name and

19   address for the record?

20       A    Hilda M. Salgado, Calle Paranaso P-8, Alto Apolo

21   Development, Guaynabo.

22       Q    And will you tell us what your Social Security

23   number is?

24       A    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.

25       Q    Your date of birth?

**126**

17

1          Q     Now, when is the first time that you learned of

2     a company called Tuff Care or Calvin Chang?

3     MR. RIVERA:

4          Calvin Chang, right?

5     MR. MC CULLOCH:

6          Chang.  C-h-a-n-g.

7     THE DEPONENT:

8          I don't remember the year.  I know that Vicente did go

9     to the U.S. to procure lines.

10    BY MR. MC CULLOCH:

11         Q     Did there come a time when your company VC

12    Medical had an agreement with Tuff Care?

13         A     Yes.

14    MR. MC CULLOCH:

15         I'm going to show her an exhibit.  It's already been

16    marked as an exhibit in the Calvin Chang deposition.  I

17    don't mind having it--I'd like to have the same document

18    marked for purposes of this, with a different number, of

19    course. So I'll show it to her after it's marked.

20              (THE DOCUMENT PREVIOUSLY MENTIONED WAS MARKED AS

21              EXHIBIT NUMBER ONE OF THIS DEPOSITION.)

22    BY MR. MC CULLOCH:

23         Q     I'd like you to look at this document.  Have you

24    seen that document before?

25         A     Yes.

**127**

18

1      Q    What is that document?

2      A    A contract between Tuff Care and VC Medical.

3      Q    Okay.

4   MR. MC CULLOCH:

5      I'd like to have it be marked into evidence for

6   purpose of this deposition.

7   BY MR. MC CULLOCH:

8      Q    Now, prior to the time that document was signed

9   by--withdrawn.

10     That document is signed by you on the bottom, isn't

11  it?

12     A    Yes.

13  MR. RIVERA:

14     I just have one question.  The document has a- -

15  MR. MC CULLOCH:

16     An A--the A or whatever is there.

17  MR. RIVERA:

18     It's not part of the original document or- -

19  MR. MC CULLOCH:

20     Not part of the document.

21  MR. RIVERA:

22     That seems like an initial.

23  BY MR. MC CULLOCH:

24     Q    Yes.  This--to clarify, this mark on the very

25  bottom that looks like an A without a cross through it,

**128**

19

1    that wasn't on the original document as far as you know?

2    I don't know if it was or not.

3        A    I don't remember.

4        Q    Anyway you signed this document on/or about

5    October fifteen, 1990, is that colrrect?

6        A    Is that what it says here?

7        Q    I'm looking at the lower part.

8        A    Yes.

9        Q    And when you signed that document it was marked

10    that you--under your name is the heading, owner. Were you

11    an owner of VC Medical at that time?

12        A    No. I was never owner.

13        Q    And prior to the time that you signed this

14    document had you talked to Calvin Chang?

15        A    Maybe by phone.

16        Q    And prior to the time that you signed this

17    document, had VC Medical been selling Tuff Care Products?

18        A    I frankly don't remember when we began selling

19    the Tuff Care products, if it was either prior or

20    afterwards. I don't know.

21        Q    There's a reference in this document to the

22    distributor is the exclusive distributor in Puerto Rico?

23    What products was VC Medical supposed to be the exclusie

24    distributor for Puerto Rico for?

25        A    At that time it was wheelchairs.

20

1    Q    Any other products for which VC Medical--let me

2  withdraw that.

3       At some subsequent time did VC Medical become the

4  exclusive distributor for other health care products

5  besides wheelchairs?

6    A    I don't know if they did have an exclusivity, but

7  I know that they sold canes and they sold walkers.

8    Q    Canes and what--walkers.  When you were with VC

9  Medical were there any products that you sold only for Tuff

10  Care and not for anybody else?

11    A    I don't understand.

12  MR. RIVERA:

13    I think you have to--because it's confusing.

14  MR. MC CULLOCH:

15    Okay.

16  BY MR. MC CULLOCH:

17    Q    VC Medical had many different products, correct?

18    A    They had several but it wasn't something

19  extraordinary.

20    Q    Did VC Medical give you--well, did VC Medical

21  have home care beds?

22    A    Yes.

23    Q    Did it have bed rails?

24    A    Yes, but not Tuff Care line.

25    Q    The bed rails that Tuff Care had were someone

**130**

21

1    else's bed rails?

2    MR. RIVERA:

3        Objection.  You're talking about VC, right?

4    MR. MC CULLOCH:

5        Yes, I'm talking- -

6    MR. RIVERA:

7        You're confusing her.

8    MR. MC CULLOCH:

9        Okay.

10   BY MR. MC CULLOCH:

11       Q    The products that Tuff Care had that you--when

12   you sold when you were at VC Medical, that's what I'm

13   trying to identify.

14       A    Most that were sold were wheelchairs.

15       Q    Second question;  did Tuff Care have other

16   products available besides wheelchairs that you could sell

17   if you wanted to sell when you were with VC Medical?

18       A    Yes, I think they had the bed railings, the

19   canes, the walkers.

20       Q    Okay.  Let me go through a list of different

21   types of products and ask if they had these types of

22   products when you were with VC Medical, available for your

23   to purchase?

24   MR. RIVERA:

25       When you say they, you mean Tuff Care?

**131**

22

1      MR. MC CULLOCH:

2           Tuff Care, yes.

3      BY MR. MC CULLOCH:

4           Q     Whether or not you bought them, but just whether

5      they were available for purchase?

6           A     I wouldn't know if they had them or not, I didn't

7      work with Tuff Care.

8           Q     Then I'll just ask; so as of the time you worked

9      for VC Medical you did not know whether Tuff Care had

10     available home care beds?

11          A     Well, as to the case related to beds, I do know

12     that they did not have them.

13          Q     And bed rails they didn't have either at that

14     time?

15          A     I don't know.

16          Q     Mattresses they didn't have either for purchase

17     at that time?

18          A     I don't know.  But mattresses were purchased

19     locally.

20          Q     What about transporters, did Tuff Care have

21     transporters at the time you worked for VC Medical?

22          A     Transporters were wheelchairs.

23          Q     And included within wheelchairs, are there

24     different categories called standard wheelchairs, extra

25     heavy duty wheelchairs, extra wide wheelchairs?

1      A    Yes, there was.

2      Q    And were there also pediatric wheelchairs, heavy

3  wheelchairs?

4      A    I don't remember if at that time they had them,

5  they do have them now.  We never sold any of those because

6  they were too expensive.

7      Q    What about scooters and scooter accessories, did

8  they have scooter and scooter accessories when you were

9  with VC Medical and selling Tuff Care products?

10     A    Yes, there was.

11     Q    And what about three and four wheeled walkers or

12  folding walkers?

13     A    We had the folding.

14     Q    And what about canes and quad canes, did they

15  have those?

16     A    Yes, we did have.

17     Q    And what about patient lifters, did they have

18  those?

19     A    I don't know if they had it, but we never

20  purchased that from them.

21     Q    What about IV stand and comodes?

22     A    We never purchased that from them either.

23     Q    What about shower benches or bath tub safety

24  rails?

25     A    We never purchased that from them.

24

1    Q    And grab bars?

2    A    No.

3    Q    When you were with VC Medical and VC Medical was

4    selling Tuff Care products, did Tuff Care provide a catalog

5    to you?

6    A    I don't remember.  I don't believe there was a

7    catalog.  I don't know, maybe there was one, but I don't

8    remember.

9    Q    What about price list, did they send you price

10    list, what they call dealer price list?

11    A    Maybe to Vicente.

12    Q    But to you they never sent the dealer price list?

13    A    Personally to me, no.

14    Q    Did you ever receive a dealer price list from

15    Vicente?

16    A    I don't remember, maybe he did.

17    Q    Okay.  Now, when you were ordering products from

18    Tuff Care, how did you know what the price was for the

19    products you were ordering?

20    A    The price was already established through Vicente

21    and all that I would do is place the order.

22    Q    So Vicente would tell you how much to order and

23    how much you were going to pay for the order,  is that

24    correct?

25    A    On occasions.  On occasions I would just order

27

1  going to be an exhibit, but I would like to make clear that

2  the document we're referring to seems to be a photocopy of

3  an original with--like we stated before--with a mark that

4  the deponent has already stated was not part of the

5  original document. So in that regard her answer should be

6  within the view of this photocopy and not the original.

7  MR. MC CULLOCH:

8      That's fine. Let me tell you--you don't have to

9  believe this but I'm trying to cut through some time.

10  MR. RIVERA:

11      Yes.

12  MR. MC CULLOCH:

13      Q   Calvin Chang has testified that he drafted this

14  document and sent it to you and Vicente Guzman for

15  signature. That he faxed it to you and he had signed it

16  first and the reason he had marked you as being owner is

17  because he had dealt with you and you sounded to him to be

18  a person responsible within the company.

19      Do you have any reason to believe any of those

20  statements by Calvin Chang would be inherently wrong?

21      A   Maybe so, because since I did speak with him and

22  I did place orders and so on. And whenever he did call

23  Vicente was never here and it was with me that he'd speak.

24      Q   Did there ever come a time when Vicente Guzman,

25  Junior told you that the products for which you were going

1    to be the exclusive distributor for Tuff Care in Puerto

2    Rico were going to extend beyond wheelchairs?

3         A    I don't remember that conversation.

4         Q    When is the first time that you came to see

5    Calvin Chang?

6         A    Again, I don't remember the year but I know it

7    was in Florida on a visit that I made to the company

8    facilities in Florida.

9         Q    Was that before the acquisition of VC Medical by

10   Graham-Field?

11        A    Yes.

12        Q    Do you remember how long, a year or two or three

13   before the acquisition of VC Medical by Graham-Field that

14   this was?

15        A    I don't remember since I don't remember the date,

16   but it must have been one, two years.

17        Q    And did you have a conversation with Calvin Chang

18   at that time when you saw him in Florida?

19        A    We spoke for a while, but quite little.

20        Q    What did he say and what did you say?

21        A    Nothing.  A friendly greeting.  I was on vacation

22   and then I left.

23        Q    Did you talk at any point about the business that

24   you were in and he was in?

25        A    The only thing I did ask him was that if he could

29

1    improve upon the pricing. He said he couldn't and that was

2    it.

3        Q    And as you understood Calvin Chang was the vice-

4    president of sales for Tuff Care?

5        A    I don't know what position he was in.

6                        **(OFF THE RECORD)**

7    BY MR. MC CULLOCH:

8        Q    At the time of the acquisition by Graham-Field of

9    VC Medical, did VC Medical have any other distribution of

10   lines where they had the exclusive rights to represent the

11   products of a manufacturer?

12       A    Exclusivity, I don't believe so.

13       Q    Now, did there come a time about August or

14   September or October of 1996 when VC Medical was sold to

15   Graham-Field?

16       A    I don't understand.

17       Q    Well, VC Medical was sold to Graham-Field,

18   correct?

19       A    Yes.

20       Q    And at the time that occurred, what was your

21   earnings rate? How much were you earning at that time?

22       A    I don't remember. Fifty-four, fifty-two.

23   Because there was a monthly bonus as well. But I don't

24   remember.

25       Q    When you went to work for--you did go to work for

**137**

48

1      Q    And after the acquisition did you continue to

2  represent the same companies that you had represented

3  before?

4      A    Well, no, because I no longer made purchases.

5  Vicente told me that we could no longer purchase from Tuff

6  Care.  I no longer had communications to Graham-Field as I

7  did have with Vicente before.  We sold whatever was sent to

8  us from over there.

9                    **(OFF THE RECORD)**

10  BY MR. MC CULLOCH:

11      Q    Would you look at Exhibit Four.  When you add up

12  the purchases that were made by Graham-Field in the last

13  quarter of--three quarters of '97 it appears- -

14  MR. RIVERa:

15      It's '96.

16  MR. MC CULLOCH:

17      Let me see.  '96 and the first three quarters of '97.

18  Why don't we do this;  we can give the question to witness

19  and then the witness will have to look for about five to

20  ten minutes.

21  BY MR. MC CULLOCH:

22      Q    I'd like you to look at this exhibit and--well,

23  first let me ask this;  during this time period from about

24  October of '96 to October of '97 you were the person within

25  Graham-Field Express who would receive invoices from Tuff

**138**

54

1    Q    Now, did your function change after you went over

2  to Graham-Field Express from what it had been for VC

3  Medical?

4    A    Basically it was the same except that I no longer

5  placed orders to Tuff Care until late 1997.

6    Q    That part that you added about Tuff Care, what

7  was your relationship with Tuff Care after the acquisition?

8    A    I believe it continued to be the same except that

9  I no longer made payments.

10    Q    So you--but you checked invoices and authorized

11  payments to be made by another part of Graham-Field;  is

12  that correct?

13    A    That's correct.

14    Q    At anytime did Calvin Chang complain to you after

15  you were with Graham-Field, about Graham-Field not buying

16  enough products that Tuff Care had to sell?

17    A    Yes, he complained.

18    Q    Did he complain to you?

19    A    Not a complaint as such, but he was commenting

20  upon that.

21    Q    What did he say?

22    A    I don't remember whether it was him or if it was

23  Vicente who commented that to me.

24    Q    Well, what were the comments whether they came

25  from Vicente or--withdrawn.

55

1    Comments if they came from Vicente it was because he

2    told you that this is what Calvin Chang was telling

3    Vicente?

4       A    It was Vicente who told me that.  That Tuff Care

5    was complaining that they weren't purchasing as much.  He

6    was complaining that he also was not being paid on time.

7       Q    Any other complaints by Tuff Care?

8       A    I don't remember.

9       Q    Did Vicente Guzman tell you what he was doing

10   about the complaints of Calvin Chang?

11      A    All that he told me was that he had spoken to

12   Graham-Field to purchase more products of Tuff Care.

13   And Graham-Field stated that they could not purchase

14   anymore beds or wheelchairs because they had factories.

15      Q    At the time you worked over at Graham-Field

16   Express did Graham-Field Express have catalogs from Tuff

17   Care of Tuff Care products that it could sell?

18      A    I don't remember very well, but I think so.

19      Q    What about dealer price list, did Graham-Field

20   Express have dealer price lists from Tuff Care that showed

21   the list of products with suggested prices?

22      A    I'm almost certain that they did, I believe that

23   they did.

24   MR. MC CULLOCH:

25      Let me--I just want to ask about people's schedules.

**140**