O/F  woods 00.21
4/14/00 (ida)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

GRAHAM FIELD, INC.

    Plaintiff

      vs.

TUFFCARE, INCORPORATED

    Plaintiffs

CIVIL NO. 98-1306

DEPOSITION TAKEN OF;

Mc CALVIN CHANG

On the fourteenth (14th) day of April two thousand at ten

o'clock in the morning (10:00 AM) at the Law firm WOODS & WOODS

located at 105 Ponce de León Avenue, 6th floor, (Hato Rey) San

Juan, Puerto Rico 00917.

2

APPEARANCES

FOR PLAINTIFF

Mr. Kenneth J. McCulloch
Vandenherg & Feliú
110 East, 42nd Street
New York, N.Y 10017
Tel. (212) 763-6800

FOR DEFENDANTS

Atty Arturo Negrón García
WOODS & WOODS LAW FIRM
105 Ponce de León Avenue, 6th floor
(Hato Rey) San Juan, PR  00917

NOTARY

Atty Arturo Negrón García

DEPONENT

M. Calvin Chang

REPORTER

Carmen S. Sánchez de Candelas
NORTESA REPORTERS
PO Box 8493
Bayamón, PR  00960
Tels. 785-0620, 780-5614

3

**ATTY KENNETH MCCULLOCH**

My name is Kenneth McCulloch. I represent Graham Field, Inc. and Graham Field Express, Puerto Rico, Inc. We are here for the deposition of Calvin Chang pursuant to know that there is an order in the case called <u>Graham Field, Inc</u>., and <u>Graham Field Express of Puerto Rico, Inc</u>. against <u>Tuffcare, Incorporated</u>. Mr. Chang, I am going to be asking you some questions during this deposition and (Interruption). I guess before we go on counselor... stipulate.

**ATTY ARTURO NEGRON**

Mrs. Sánchez raise your right hand, please. Do you swear to record and transcribe precisely all the incidents in this deposition?

**COURT REPORTER**

Yes.

**ATTY ARTURO NEGRON**

Mr. Calvin Chang, please raise your hand. Will you testify the truth and only but the truth during this deposition?

**CALVIN CHANG**

Yes.

**ATTY KENNETH MCCULLOCH**

We have the standards stipulations that we've discussed already. Mr. Chang I am going to be asking you

4

questions.  If you don't understand the question, tell me you don't understand, and I'll try to rephrase the question.

CALVIN CHANG

      Okay.

ATTY KENNETH MCCULLOCH

      If for any reason you want to take a break, we can take a break.  And if you want to consult with your attorney during the course of the deposition, consult with your attorney.

CALVIN CHANG

      Okay.

              MR. CALVIN CHANG

     after being duly sworn states as follows

           DIRECT EXAMINATION

ATTY KENNETH MCCULLOCH

    Q    Would you please state your full name, please?

    A    Calvin Chang.

    Q    Do you have any other names besides Chang as your last name?

    A    No.

    Q    What was your mother's name?

    A    Lucille Chang.

    Q    And your father's name?

    A    Dean Chang.

    Q    Tin?

22

The approximate, it is probably; probably twenty million dollars.

ATTY KENNETH MCCULLOCH

Okay. Twenty million. Approximately in 1999, the last year. And of those products sold about how many were products manufactured? Approximately how much of those sales were products manufactured by Tuffcare, as supposed to other products that you brought in from Shini or other company?

A    Oh, I am not sure of the ratio. Again, this needs to be; I need to look at the paper work.

Q    Okay.

ATTY ARTURO NEGRON

What I will suggest, Counselor, it would be easier if you could; those particular questions, you know, need to be reviewed by client in order to provide you the correct information that you might need. If you could submit a supplemental we would abide by an interrogatory. It would be easier for him to answer.

ATTY KENNETH MCCULLOCH

At this point, I am just trying to weight around in this marketing area and get a sense of what we are dealing with. Tuffcare, taking 1999 as an example, during that year it sold products that purchased or had on consignment from Shini, also? Is that correct?

A    Can you repeat the question.

33

A     Yes, this is not the.  Some of the prices are the same; but, some of the prices are different.

Q     Okay.  Let me ask.  What do you use the Dealer's Price List for?

A     This is the regular price for the people that purchase at lower quantities.

Q     When you say lower quantities you mean the second line of distribution?

A     What do you mean with second line of distribution?

Q     Who do you give the Dealer's Price List to?

A     To all of my customers.

Q     Okay.  When you say all of your customers, who are your customers in Puerto Rico?

A     It would be Graham Field, and Medex, and whichever companies that wants it.  We would give it to them.

Q     Okay, but other than Graham Fields and Medex, do you give the price list to anyone else?  Would you give the price list to anyone else in Puerto Rico?

A     Yes, if they request it, we would give it to them. The price list is not a big confidential document for us.  You know, it is the price of the products, so.

Q     Is that the suggested price that Tuffcare is suggesting that Graham Field or Medex sell its products for to people that are buying in smaller quantities?

34

A    We don't suggest any price for anybody.  This is the price we sell to our customers that buys in low quantities.

Q    Okay, so that Dealer's Price List that you refer to as Exhibit 2 and 3, what you are saying now is that if somebody is buying from Tuffcare, 1 to 5 units, or 6, the price list. The price list has prices for 1 to 5 units, and for 6 or more units, correct?  On these items?

ATTY ARTURO NEGRON

Well, I would suggest to be more precise because I am looking through it now.  There might be different numbers. Some I'll say, as you are asking, some.  If you use an example it might be easier for him to answer.  Because there are different quantities for.

CALVIN CHANG

Different products.

ATTY ARTURO NEGRON

Some mention 1 to 5, 6 plus; 1 to 11 units; so, it is easier if you.  Use whatever you want, but.

ATTY KENNETH MCCULLOCH

I'll take as an example; why don't you look at page 3 of Exhibit 2, and I will look at page 3 of Exhibit 2.


ATTY ARTURO NEGRON

Which product will be.  Are you taking a model?

ATTY KENNETH MCCULLOCH

37

A    First, we make sure that they aren't the general public.  We make sure that they have a resale number; that they are into medical and product resale.  Then, we go through the credit application, we set them up, then we allow to sell them products.  But, first we verify that they are resalers; that they are not purchasing for their own use.

Q    So, this is the price; Dealer's Price List is the price that you say you would use to; that you would charge to small dealers who are buying small quantities for resale.  Is that correct?

A    For resale or for rentals, yes.

Q    But, if they buy it.  Some people might be buying it to rent out the product.  Is that what you are saying?

A    Yes, ajá.

Q    Okay.  Now, let's go to Puerto Rico.  How would these documents be used in Puerto Rico?  The Exhibits Number 2 and Number 3, the Dealer's Price List?  Who would?

A    Well, we give these price lists to other customers that request the price here and for smaller quantities they will pay this price.  But, for larger quantities then we will give them a special price.

Q    When you say the customers, does Tuffcare have any direct customers in Puerto Rico, as of this time, except Medex?

A    Graham Field and some other companies.  But, I don't remember every single company.

38

Q     I am talking about, who does Tuffcare ship in goods to directly into Puerto Rico; as of this time.

A     When you say, as of this time, it is for the last one year, the last one month, or the last one week, or yesterday? I mean, the time frame.  Because, right now, we still conceive that Graham Field is our customer.  I mean, even though they haven't been ordering, but we assume they still have inventory. That is why they haven't order.  So, I mean, can you put a time frame, so.  Or, do you consider that if they don't buy they are not our customer?  To us, they are always our customer unless they say that they are not our customer.

Q     In the year 2000, who has Tuffcare shipped directly to in Puerto Rico?

A     To the best of my understanding it is Medex and it might be some other companies, but I need to confirm on that. I don't look at every single invoice myself.

Q     So, Tuffcare, from what you are saying is selling directly in Puerto Rico without selling through Medex?

A     Well, Tuffcare will sell to whoever wants to buy; whoever wants to buy and can pay, Tuffcare will sell.  But, we have a different price in structure for different kinds of quantities.

Q     Okay.  Let me give an example.  If someone in this year 2000, a hospital, calls up and wanted five transporters; that is something between 1 to 11, would you tell them to go to

39

see Medex, or would you say we will ship you the five transporters?

A     We don't deal with the hospitals direct.

Q     Okay.  So, what would you do if somebody called and was a hospital and they wanted five transporters?

A     Well, we just tell them that we don't sell to hospitals.  Hospitals are considered direct customers.  They would be the areas that our customers will sell to.  So, we don't sell to hospitals.

Q     And what you would tell to the hospital?

A     We don't sell to hospitals.

Q     Period.

A     Yes.

Q     And, "call somebody else".  You wouldn't tell them who they should call to get your products?

A     My instructions to my sales people is to just tell them we don't sell to hospitals, period.

Q     In Puerto Rico; even in ...,Puerto Rico.

A     Even in the whole world.  We just tell them, "we don't sell to hospitals".  This is our policy.

Q     And you don't sell to hospitals why?

A     Because they require service.  We don't do service. We sell the product.  But, the hospital needs.  After they purchase the product, they need somebody to maintain the

41

A    Yes.

Q    Okay.  Now, in Puerto Rico, in the year 2000, what dealers has Tuffcare shipped; sold, and shipped products, to?

A    Well again, I need to check with my Sales Department to look at all the people we ship to.

Q    Well, are you shipping to anybody directly in Puerto Rico, except for Medex?

A    Yes.

Q    Is that because orders were taking by Medex, or because you now have other distributors besides Medex.

A    Because our policies are as long as they are exclusive in a certain territory, whoever wants to purchase from us, and pays the bill, we will sell to them.  That is our policy.

Q    And then, what price would you sell the products to those people?

A    Depends on the quantity.  If it is a low quantity, we use the Dealer's Price, and if it is a large quantity then we will give them a lower price.

Q    Do you have another price list other than these price lists that I have referred to as Exhibits 2 and 3?

A    For what?

Q    For Puerto Rico.

A    Oh, yes.  We did make a Distributors Price for Puerto Rico, which I believe you do have a copy, too.

47

A    No, I look at the quantity they purchase and I make the discount accordingly.

Q    Suppose you were going to tell somebody to do what you are doing.  What kind of discount would you give from what in order to make the price that you were quoting to Vicente Guzmán back in 1991?

A    I am very confused, what is?

Q    Me, too.

ATTY ARTURO NEGRON

I am more or less confused.  I more or less what you want, but it is not clear.

ATTY KENNETH MCCULLOCH

Let's take an example.  Vicente Guzmán calls you in 1991 and he wants to buy products.  You don't have a Dealer's Price List.

A    No, we have a Dealer's Price List.  He has it, too.

Q    Okay.

A    We don't have a Distributor's Price List.

Q    Okay.  Then when this occurred in 1991, how would you determine what to charge Vicente Guzmán for the products that he was telling you that he wanted to order, or was considering ordering?

A    Based on the quantity he wanted to purchase.

48

Q    Now, and those of the items that were in the Dealer; there was a Dealer's Price List for these items and you both knew that Dealer's Price List.  Is that correct?

A    Yes.

Q    So, you were talking about what he was going to pay below what the Dealer's Price List indicated.  Is that correct?

A    Yes.

Q    Okay.  And that would be based upon the quantity he was ordering.  Is that correct?

A    Yes.

Q    Was this some kind of; and then you said you would give a discount.

A    Ujum.

Q    How much of a discount would you give to him from what was on the Dealer's Price List?

A    Depends on the quantity and it depends on our inventory.  So, but roughly; I mean, if they order in large quantities.  The discount is probably between five to fifteen percent less than the Dealer's Price.  And what I mean by large quantities it is over; as for wheelchairs, is like over a hundred, like a container load at a time.

Q    Five percent to fifteen percent below the Dealer's List Price.

A    Yes, depending on the quantity they are purchasing.

54

A    At the National Home Health Care Convention in Atlanta.

Q    What were the circumstance under which you met?  To discuss business or just to have a drink, or?

A    No, just to check out what the other person looks like.

Q    Did you have any discussion with him at that time about continuing as the representative for your Company?

A    We talked mostly about, you know, like the products. Because we were doing good business together; we were shipping him products, and he was paying me on time.  So, we were talking about the new products we can develop, you know.

Q    When you say develop, do you mean products that Tuffcare would make and sell to him?

A    What Tuffcare can make and sell to everybody, including him.

Q    Did you sell any other goals; you set numbers there as your goal, $15,000 a month.  Between that time and 1996, did you set any, orally, set any different goals or in writing set any other goals, or?

A    Well, I mean the goals is not important to Tuffcare. What is important to Tuffcare, for a distributor is that they only carry Tuffcare, not any competing products.  So, the goal is not that important to Tuffcare; so we didn't set up any

55

goals.  Our goal was to make sure our distributor only carry

Tuffcare product; not any competing products.

Q    When is the first time you met Hilda Salgado?

A    Yes, it was probably like six, seven years ago.

Q    Looking at Exhibit 1, Hilda Salgado signed that
agreement, didn't?

A    Yes.

Q    And she indicated on the agreement it says, "owner".

A    Okay.

Q    Was it your understanding that Hilda Salgado was part
owner of VC Medical as of that time?

A    Well, she was always answering the phone when Vicente
was not there.  So, I assumed she was the owner; but I later
learned that she wasn't the owner.  Vicente is the sole owner
of the Company.  But, when I draft the agreement, I assumed she
was the owner because she had a lot of authority, including
signing a check.  So, I just assumed, she is the owner.

Q    So, she signed the checks by which VC Medical paid
Tuffcare for its bills.  Is that right?

A    Yes, but some of the checks; some were signed by
Vicente himself.  They both can sign the check.

Q    So, the agreement that is Exhibit 1 was something you
discussed with Vicente then you draft it up, you sent it to
him, you signed it, you sent it to him, and then he signed it.
Is that the way it was?

whatever happened at that time, did other people asked to buy your products here in Puerto Rico?

A    Yes.

Q    And do you remember who asked to buy your products?

A    I don't remember the company?

Q    And what did you tell them?

A    If they were buying the products that VC Health Care was already purchasing, we told them we cannot sell to them. But, if they were purchasing products that VC Health Care doesn't carry, we sell to them.

Q    But, wasn't VC Medical representing you on all of your product line at the time?

A    Most of the product line, but not all of it.  It was primarily wheelchairs.  But, they are not purchasing the beds, and the other patient care products.  They are not purchasing from Tuffcare.  They are purchasing from another manufacturer, or few other manufacturers.

Q    But, wasn't that in violation of that agreement if they were purchasing products that you had, but purchasing like beds?

ATTY ARTURO NEGRON

No, I think.  Excuse me.  I think we should.  If we are going to go through the exclusiveness.  That becomes into the interpretation of the agreement.

58

ATTY KENNETH MCCULLOCH

Well, looking at Exhibit 1, you just told me that from what you've told me VC Medical would buy products from people who competed against you. But, of products which Tuffcare had. Is that correct?

CALVING CHANG

Okay. VC Medical purchased only wheelchairs from Tuffcare at that time. And VC Medical purchased beds, and other products from other manufacturers. So, as far as wheelchairs there wasn't any competing line; they carried it. And, we were not selling any wheelchairs to other companies, except VC Medical. But, as far as the other products that VC don't carry, we did sell to other companies and Vicente Guzmán knows about it, too. And he is okay with that because he is purchasing from another manufacturer for the other products.

Q    So, from what you are saying is he would only buy wheelchairs from you, and you would only sell your wheelchairs in Puerto Rico thorough him. Is that correct?

A    Yes.

Q    But, this exclusive didn't relate to other products. Only to wheelchairs?

A    Yes.

Q    Now, did you try to get Vicente Guzmán to buy more products from you besides just wheelchairs?

71

Q    So, you discussed it with Joseph Chang, or different other people in Tuffcare what name to use in Puerto Rico?

A    Oh, yes, ajá.

Q    And who did you discuss it with?

A    Joseph and Lucille Chang.

Q    Okay.  And you had determined with them to set up an operation in Puerto Rico?

A    Yes.

Q    And when did you have that discussion with them about setting up and operation in Puerto Rico?

A    Well, after Graham Field stopped paying for the invoices and then we attend to court to have them pay the past invoices and they just refused to pay the invoices on time. And, also, we found out that Graham Field had tried to sell E & J products instead of the Tuffcare products.

Q    I asked when.  When did you and Lucille, and Joseph, approximately; if you have to put it in relation to different events, then put it in relation to events.  But, it was, from what you are saying it was sometime after Graham Field took over from VC Medical.

A    Yes, that is correct.

Q    Okay.  And Graham Field took over from VC Medical in about October of 1996.  Correct?  Is that a.

A    Well, you said it.  I don't have no way to be your answerer.  You say what you mean, right?

77

New York Headquarter"; but she had no control over sending the check now, so it was out of her hand.  But, she did her best to try to get invoices paid, but she said she didn't sign checks, so she had no control over paying the invoices on time.

Q    Now that you have seen the letter, what I've showed you as Exhibit 4, does that put any perspective on of when were you having the discussions with your mother and your brother about Tuffcare going into business in Puerto Rico under the Tuffcare name¿

A    It was probably like one or two years after the date of this letter that we talked about going to Puerto Rico.

Q    Well, that letter is August of '96, so you are talking about August of '97 to August of '98?

A    To the best of my understanding it is around that time.  We talked about coming and set up some operation in Puerto Rico, either under Tuffcare, or under another name.

Q    And what was the purpose of setting up an operation in Puerto Rico for these discussions?

A    The biggest purpose is that Graham Field no longer wanted to be our exclusive distributor.  They only carried competing products.  So, we felt that it was not fair for Tuffcare to just sell to Graham Field.  We want to make sure that when the dealer asked for Tuffcare products they can get it in Puerto Rico.  Because Graham Field was offering the E &

78

J wheelchair, which was the biggest competing line for Tuffcare.

Q    When you say dealer, you are talking about the person; who are you talking about?  Like which dealer, or give an example of a dealer who might be asking for a Tuffcare wheelchair and not being able to get it from Graham Field.

A    I am not familiar with every single dealer in Puerto Rico.  As a matter of fact, I don't even looked at the dealers in Puerto Rico.  I mean, the only people I know in Puerto Rico is that, Hilda and Vicente, and then Jesús.  So, I don't know the name of every dealer, so.

Q    Okay, let me ask you this right now.  When you talk about dealer being able to get a Tuffcare wheelchair, the problem was that they couldn't get it from Graham Field; and therefore, you want, and Graham Field sold to dealers.  Is that correct?

A    You represent Graham Field, I don't represent Graham Field.  So, you probably know better than me.  I assume Graham Field sells to dealers.  But, it is not my Company.

Q    Well, let me ask you this then, so we could.  Why did you have to set up Tuffcare in Puerto Rico to sell to dealers?  Why didn't you just put and ad in the newspaper and ship things by parcel post to whoever wanted to order from Tuff?

A    Because the dealers in Puerto Rico were needing products.  They would need it the same day, or the next day.

83

Q    Oh, well okay, I am sorry.  Then this is Exhibit 6. And I would like to ask you if you can identify this document which is something we received from Tuffcare.

A    This is a copy of Medex invoice.

Q    And on here, could we have that marked as Exhibit 6. And on this document the T2500 bed is indicated; there is a price next to it of $199.50.

A    Yes.

Q    What is that price?

A    This is the price that, for; the price for the T2500.

Q    Well, I thought you said that.  Well, is this a special price for Medex, or?

A    Okay.  If you look at the date of the invoice, it is April 7, '98.

Q    Yes.

A    So, before June 8, 1998 Tuffcare had a lower price on the bed; but as of June 8, 1998 the price went up.  So, the date of this invoice is before; the price on the distributor's price; which is June 8.

Q    Okay, so from what you are telling me then, as I understand it, prior to June 8, 1998, the cost for Medex to buy this bed was $199.50, but after June 8, the cost for Medex to buy this T2500 bed would be the same as the price list, this price list that you had given to Graham Field?

A    Yes.