

3999 E. LA PALMA AVE., ANAHEIM, CA 92807
TEL: (714) 632-3999 • FAX: (714) 632-3998

Aug. 13, 1996

This letter is to terminate the Exclusive Sales Agreement between VC Medical Distributor and Tuffcare signed in Oct. 1990. Both company will continue to do business at good will.

Tuffcare                                VC Medical Distributor

_____ 8/13/96                 _____ 8-14-96
Calvin Chang        Date                Vicente Guzman        Date
Vice President                          Owner

                                        _____ 8/14/96
                                        Hilda Salgado        Date

228