

3999 E. LA PALMA AVE., ANAHEIM, CA 92807
TEL: (714) 632-3999 • FAX: (714) 632-3998

August 27, 1996

Mr. Vicente Guzman
President
VC Medical Distributors, Inc.
1536 Ganges Street
El Paraiso Industrial Park
Rio Piedras, Puerto Rico 00926

                    Re:   Assignment of Distribution
                          Arrangement

Dear Mr. Guzman:

    We hereby consent to the assignment of the Distribution
Arrangement by and between VC Medical Distributors, Inc. (VC")
and the undersigned (the "Distribution Arrangement") to Graham
Field Express (Puerto Rico), Inc. ("GFE") upon the closing of
the sale of the business and assets of VC to GFE, as provided
in your letter of August 17, 1996. All other terms and condition
of the Distribution Arrangement shall remain in full force and
effect after such assignment.

    This letter is also to confirm the Exclusive Sales Agreement
is no longer in effect, and both company will continue to do
business at good will.

                    Cordially,

                    Calvin Chang
                    Vice President

230