

**A GRAHAM-FIELD COMPANY**

TO      : Irwin Selinger

FROM    : Vicente Guzmán Jr.

DATE    : December 3, 1997

SUBJECT : Tuffcare's Products

As I mentioned to you before we are decreasing our orders in the regular wheelchairs. Now, we are changing this to Everest and Jennings products. In the last order we ordered 45 standard wheelchairs with elevating legrest and 75 removable arm with elevating legrest. We have customers in contract in which we agreed to have the products available everytime. We went out of stock with Everest and Jennings and we can get Tuffcare's products faster because they come from Florida and Everest and Jennings products come from Missouri. So by the time Everest and Jennings Wheelchairs are in the way from Missouri we will have a wheelchair available in case that one of our special customers order that specific item.

The quad canes; everytime we place an order of quad canes we never receive the quantities that we need. We ordered the GF5986-4 at $28.20cs; they don't have enough and they sent me a substitute, the GF5796-4 at $32.28cs. For the last few months we are receiving the GF5796-4 at $32.28cs.

In Tuffcare's containers we have space on top of the chairs. Because of the situation that we are having with GF's quad canes I decided to fill the empty space with 24 Tuffcare's quad canes with no freight charges just to have a quad cane available in our warehouse. I don't have special interest in Tuffcare's products I'm just making the products available. For these cases if you have another vendor that I can use instead of Tuffcare let me know.

GF5796-4            8.07 + 12% of shipping = $9.04
NQ100S (Tuffcare)   9.60 + No freight      = $9.60

Every order that we place we never get the quantities that we need. They replace the products or decrease the quantities. I will send you an example of our purchase order with the corrections of what we will receive.

The only reason that I use Tuffcare is because it is the other option that I have to have the products available. If I have the availability of the products when I order I will not have any reason to order from anybody. I don't consider this is a poor business decision. We are just thinking in the availability of the products to our customers.

Box 4961 Suite 123, Caguas, P.R. 00725
Tels. 286-1345 • 286-1340 • 286-1350 • 286-1335

**231**