JUL-16-1997  09:23



**GRAHAM-FIELD HEALTH PRODUCTS, INC.**
400 Rabro Drive East, Hauppauge, NY 11788 • Phone: (516) 582-5900 • Fax: (516) 582-5608

July 16, 1997

# M E M O R A N D U M

**To:**        Vicente Guzman

**From:**    Irwin Selinger

**cc:**        Sara Figueroa

**Subject:**    Cetylite, Wheelchairs, Canes

---

Please be advised that Cetylite products are never to be discounted.  We have the exclusive and should not offer any contract pricing.

Also, please be advised that there is no reason to buy Tuffcare Wheelchairs when we own E & J, and that all canes must be acquired through Temco.

Please make sure that your entire staff abides by this memo.  If you have any questions, please feel free to contact me.

isgfxpr.mem

235