**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**GRAHAM-FIELD, INC., et al.
Plaintiffs**,

    v.

**CIVIL NO. 98-1306 (DRD)**

**TUFFCARE, INC., et al.,
Defendants**.

---

**JUDGMENT**

For the reasons stated in an Order issued by the Court on this same date, the parties having fully settled their claims, the Court hereby **CLOSES** the instant case and **DISMISSES** plaintiffs' claims against the defendants **WITH PREJUDICE**. All Counterclaims are hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Court hereby **ENTERS JUDGMENT** and **DISMISSES WITH PREJUDICE** all claims against the defendants.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 25th day of February 2005.

                                                 **S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE**