THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GRAHAM - FIELD, INC., et al<br><br>Plaintiffs<br><br>Vs<br><br>E1 Enterprises, Inc., et. al.<br><br>Defendant | CIVIL NO. 98-1306 (DRD)<br>CIVIL ACTION |

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COMES NOW defendant E1 ENTERPRISES, INC., D/B/A TUFFCARE, ("E1"), represented by the undersigned attorney, and most respectfully STATES, ALLEGES and PRAYS:

1. The parties reached a settlement agreement last March 8, 2005. (See: Exhibit 1, *Settlement Agreement*) Said agreement was approved by the United States Bankruptcy Court for the Delaware last May 25, 2005. Attached as Exhibit 2 is a copy of the Court's order.

WHEREFORE, we respectfully pray from this Honorable Court to TAKE NOTICE of the above mentioned facts.

RESPECTFULLY SUBMITTED.

    In Hato Rey, Puerto Rico, August 17, 2005.

Graham Field, Inc. v. E1 Enterprises, Inc., 98-1306 (DRD)                    Informative Motion

/S/ Ignacio Fernández de Lahongrais
IGNACIO FERNANDEZ DE LAHONGRAIS
USDC - PR 211603
Capital Center Sur, Suite 202
Avenida Arterial Hostos #239
Hato Rey, Puerto Rico 00918-1475
Tel. 758-5789 Fax 754-7504